UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

CEANIEL EDWARDS
As personal representative of the Estate
RALEIGH PRIESTER, Deceased,
CHRISTINA ANDERSON, an individual and daughter of
 RALEIGH PRIESTER, RALEIGH PRIESTER, Jr., an individual and
Son of RALEIGH PRIESTER and JAMES PRIESTER, an individual and
Father of RALEIGH PRIESTER;

    Plaintiff,
v.

ARMOR CORRECTIONAL HEALTH SERVICES, INC.,
 a Florida corporation, and;
SCOTT ISRAEL, in his official capacity
as Sheriff of Broward County, Florida, and;
 JONH MARTIN M.D., and
STANLEY FRANKOWITZ D.O. individually
and as a doctors employed by
ARMOR CORRECTIONAL HEALTH SERVICES, INC.; and
the BROWARD COUNTY BOARD OF COUNTY
COMMISSIONERS,

    Defendants.
_____/

**SUMMONS IN A CIVIL CASE**

TO:   BROWARD COUNTY BOARD OF COUNTYCOMMISSIONERS
     115 S Andrews Ave, Fort Lauderdale, FL 33301

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS
    **Greg M. Lauer, Esq. & Christina M. Currie, Esq.**
    **Lauer & Currie, P.A.**
    **644 SE 5 Avenue, Fort Lauderdale, FL 33301**
    **t. 954.533.4498**

    an answer to the complaint which is herewith served upon you, within **twenty-one (21)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK                                                      DATE

_____
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant. Place where served:

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

G    Returned unexecuted:

G    Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                                               Signature of Server

_____
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.