# BSOPICS - Offender Information [JMS/Arrest No=571200958]

New Query

## Priester, Raleigh

| | |
|---|---|
| **JMS/Arrest No** | 571200958 |
| **DOB** | Friday, September 25, 1959 |
| **Race** | B |
| **Hair Color** | BLK |
| **Height** | 6' 2" |
| **SSN** | ████████ |
| **BCCN** | 003578 |
| **Age** | 52 |
| **Gender** | M |
| **Eye Color** | BRO |
| **Weight** | 240 lbs |
| **Home Address** | 504 NW 36 AV, FTLD FL |

**Arrest Date** Monday, February 06, 2012 10:00

View Charges





PLAINTIFF'S EXHIBIT A

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| CIS No: | 571200958 | Control No: | 3578 | Master Jacket No: | NS3578 | Date Admitted: | 2/6/2012 10:33:4 |
| Last Name: | PRIESTER | First: | RALEIGH | Middle: | | SSN: | |
| Address: | 504 NW 36 AV | City: | FTLD | State: | FLORIDA | Zip: | 00000 |
| OBTS: | 607142315 | AFIS: | 500079206693 | FDLE: | 1829092 | Phone: | ( ) - |

| Field | Value | Field | Value |
|---|---|---|---|
| Booking Location: | MAIN | Arresting Officer Name: | ETIENNE |
| NCIC Fingerprint Class: | | Badge No: | 1675 |
| Date Prints Worked: | 02/06/2012 | Agency: | FORT LAUDERDALE |
| USM Number: | | Arrest Location: | 110 SE 2 STREET |
| Comments: | 29/4695 WC/14669 SP/CO 4695 | Arrest Date/Time: | 02/06/2012 10:00 |
| Offense Number: | | Arrest No: | 1200958 |

Resident Broward County: 45 yrs  mnth

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Eye: | BROWN | DOB: | 09/25/1959 | Education: | UNKNOWN |
| Sex: | MALE | Hair: | BLACK | Age: | 54 | Marital: | MARRIED |
| Race: | BLACK | Complexion: | DARK | POB (City): | FTLD | Employed: | ○ Yes ● No |
| Religion: | OTHER | Height: | 6  2 | POB (S/C): | FLORIDA | Driver's License No: | |
| Language Spoken: | ENGLISH | Weight: | 240 | Veteran: | | State: | |