PLAINTIFF'S EXHIBIT B

# Medical Clearance for Baker Act

DATE: 3-15-12      BP _____ TEMP. _____ R _____ P _____

INAMTE I.D.: 571200958

Inmate Name: RALEIGH PRIESTER      DOB: 9-25-69

Allergies: NKDA

Current Health Problems: ∅

Current Medication (Name, Dosage, Frequency, Duration): ∅

Physical Disabilities/Limitation: ∅

Assistive Devices/Prosthetics: ∅

Glasses: ∅      Contacts: ∅

Medically Cleared:  Yes ✓   No _____

Signature: J.G. Martin M.D.      Date: 3-15-12

**Certificate of Professional Initiating Involuntary Examination**
All sections of this form must be completed and legible (please print)

I have personally examined (printed name of person) __Raleigh Priester__ at time __12:00__ am/(pm) (time must be within the preceding 48 hours) on __03/15/2012__ in __Broward__ County and that person appears to meet criteria for involuntary examination OR I am a physician who has determined that (printed name of person) __(N/A)__ has failed or has refused to comply with the treatment ordered by the court, and, in my clinical judgment, efforts were made to solicit compliance and the person appears to meet the criteria for involuntary examination. Section IV of this form is completed to document the requirements of the law.

This is to certify that my professional license number is: __MH 10555__ and I am a (check one box)

☐ Psychiatrist  ☐ Physician (non-psychiatric)  ☐ Clinical Psychologist  ☐ Psychiatric Nurse  ☐ Clinical Social Worker
☑ Mental Health Counselor  ☐ Marriage and Family Therapist   Each as defined in s.394.455, F.S.

### Section I: CRITERIA

There is reason to believe person has a mental illness as defined in Section 394.455(18), Florida Statutes (excludes retardation or developmental disabilities, intoxication, or conditions manifested only by antisocial behavior or substance abuse impairment).

Diagnosis of Mental Illness is: List all mental health diagnoses applicable to this person: __Psychotic Disorder NOS__

DSM Code(s) (if known):

**AND BECAUSE OF MENTAL ILLNESS**

☐ A. Person has refused voluntary examination after conscientious explanation of disclosure of the purpose of examination

OR Statute requires that at least one be checked, but both may be checked if both apply

☑ B. Person is unable to determine for himself/herself whether examination is necessary

☑ A. Without care and treatment the person is likely to suffer from neglect or refuse to care for himself/herself, and such neglect or refusal poses a real and present threat of substantial harm to his or her well-being and it is not apparent that such harm may be avoided through the help of willing family members or friends or the provision of other services

AND EITHER (A and/or B)

☑ B. There is substantial likelihood that without care or treatment the person will cause serious bodily harm to (check one or both):
☑ self  ☐ others
in the near future, as evidenced by recent behaviors (describe behaviors at top of page 2)

### Section II: SUPPORTING EVIDENCE

A. My observations supporting these criteria including the person's behaviors and statements, specifically those related to suicidal ideation, previous suicide attempts, homicidal ideation or self-injury are as follows:

Pt. is disheveled & responding to internal stimuli. He is mute & unable to determine the necessity for MH treatment. Pt. also exhibits a decrease in appetite & poor self-care.

CONTINUED OVER

## Certificate of Professional Initiating Involuntary Examination (Page 2)

### Section III: OTHER INFORMATION

Other information, including source relied upon to reach this conclusion is as follows. If information is obtained from other persons, describe these sources (e.g., reports of family, friends, other mental health professionals or law enforcement officers, as well as medical or mental health records).

> Unit deputies report pt. is usually withdrawn.

### Section IV: NON-COMPLIANCE WITH INVOLUNTARY OUTPATIENT PLACEMENT ORDER

Complete this section if you are a physician who is documenting non-compliance with an involuntary outpatient placement order:
This is to certify that I am a physician, as defined in Florida Statutes 394.455(21), F.S. and in my clinical judgment, the person has failed or has refused to comply with the treatment ordered by the court, and the following efforts have been made to solicit compliance with the treatment plan:

> N/A

### Section V: INFORMATION FOR LAW ENFORCEMENT

Provide identifying information (if known) if needed by law enforcement to find the person so he/she may be taken into custody for examination:

Age: ~~38~~ ~~CS~~ 52     ☒ Male ☐ Female     Race/ethnicity: Black

Other details (such as height, weight, hair color, clothing worn when last seen, where last seen):
~~5'7"~~ 6' 4"   220 lbs   black hair

If relevant, information such as access to weapon, recent violence or pending criminal charges:

This form must be transported with the person to the receiving facility to be retained in the clinical record. Copies may be retained by the initiating professional and by the law enforcement agency transporting the person to the receiving facility.

### Section VI: SIGNATURE

| | |
|---|---|
| Signature of Professional: *[signature]* | Date Signed: 03/15/12 |
| Typed or Printed Name of Professional: Cynthia L. Sanon | Phone: (954) 831-5423 |
| Address of Professional: 1550 Blount Rd., Pompano Beach, FL 33069 | |

By Authority of s. 394.455(18), 394.463(2)(a)3, 394.4655, Florida Statutes
CF-MH 3052b, Sept 06 (obsoletes previous editions)   (Mandatory Form)                            BAKER ACT