

*Pride in Service with Integrity*

**DATE:**     December 16, 2009                                    09M-285

**MEMO TO:**  William MacDonald, Director, Bureau of Finance & Budget  (via email)
             Victor Marrero, Director, Risk Management  (via email)
             Larry Strain, Director, Purchasing Administration (via email)
             Vicki Petersen, Business Manager, DLE (via email)

**FROM:**     Jeff Hessler, Senior Legal Counsel
             Office of the General Counsel

**SUBJECT:**  Executed Contract

Enclosed please find a copy of the agreement between the Broward Sheriff's Office and the following:

Agreement Summary

Party:          Armor Correctional Health Services, Inc.

Purpose:        To provide medical screening and comprehensive medical, mental health, dental and related health care services for individuals incarcerated in any of the Broward Sheriff's Office Detention Facilities.

Consideration:  Base Annual Compensation of $25,163,410

Term:           One (1) year

Additional copies have been provided to Major Kim Spadaro, Department of Detention, Lieutenant George Rimel, Executive Director – Compliance Unit, Irene Costa, Purchasing, and Armor Correctional Health Services, Inc.

JH/seh

Enclosure

cc:   File



## AGREEMENT
## BETWEEN
## THE BROWARD SHERIFF'S OFFICE
## AND
## ARMOR CORRECTIONAL HEALTH SERVICES, INC.

**THIS AGREEMENT** ("Agreement") is made and entered into by and between Al Lamberti, as Sheriff of Broward County, an independent constitutional officer of the State of Florida (hereinafter referred to as ("SHERIFF") and Armor Correctional Health Services, Inc., a Florida corporation (hereinafter referred to as ("CONTRACTOR"), this *15th* day of *December* 2009.

### WITNESSETH:

**WHEREAS**, the SHERIFF is charged with the responsibility of administering, managing and supervising the health care delivery system of the Broward County Detention Facilities (hereinafter referred to as ("Department"); and

**WHEREAS**, the Department's Detention Facilities consist of four (4) facilities, to-wit: the Main Jail, the Paul Rein Detention Center, , the Joseph V. Conte facility, and the Sheriff's North Jail (hereinafter collectively the ("Facilities"); and

**WHEREAS**, the objective of the SHERIFF is to provide for the delivery of health care to inmates in accordance with applicable law; and

**WHEREAS**, CONTRACTOR is in the business of providing detention health care services and desires to provide such services for the SHERIFF under the terms and conditions of this Agreement.

**NOW THEREFORE**, for and in consideration of the covenants and promises hereinafter made, the parties hereto agree as follows:

## ARTICLE I
## DEFINITIONS

**A.**    **CONTRACTOR's REGIONAL ADMINISTRATOR**

CONTRACTOR shall designate a Regional Administrator a/k/a Systems Administrator reasonably acceptable to SHERIFF who will be its senior representative, who has responsibility for the Broward County Detention Facilities, and who shall require CONTRACTOR to meet all Agreement requirements; shall institute and implement any and all corrective action to resolve areas of non-compliance or deficiencies; and shall facilitate any dispute resolution, and shall be responsible for all persons providing services under this Agreement.

**B.**   **SHERIFF's** Inmate Health Services Administrative Coordinator ("**IHSAC**")

SHERIFF shall designate a IHSAC who will be its senior representative and who shall require CONTRACTOR to meet all contract requirements; monitor CONTRACTOR's compliance and any corrective action to resolve areas of non-compliance or deficiencies; recommend or assess liquidated damages based on non-compliance; and facilitate any dispute resolution.

**C.**   **DIRECTOR**

Director shall mean SHERIFF's Executive Director or Director of the Department of Detention.

**D.**   **GOVERNING STANDARDS**

Governing Standards shall mean the following standards: state and federal laws, the medically accepted community standards, the American Correctional Association ("ACA") Standards, the National Commission on Correctional Health Care ("NCCHC") Standards, the Florida Sheriff's Association/Florida Association of Counties Model Jail Standards, the Florida Corrections Accreditation Commission ("FCAC"), the Florida Model Jail Standards and all other applicable standards..

**E.**   **INMATES**

Inmates shall mean those individuals under the custody and control of the SHERIFF and shall include persons with the status of pre-arraignment detainee, post-arraignment detainee, and persons sentenced to and/or incarcerated at the Facilities. Inmates do not include those individuals in the work release or those individuals under the supervision of the Day Reporting and Reentry Center.

**F.**   **MEDICAL DIRECTOR**

CONTRACTOR shall appoint a physician reasonably acceptable to SHERIFF to serve as Medical Director. The Medical Director shall monitor and supervise the performance of all clinical personnel performing services under this Agreement. The Medical Director shall plan, implement, direct and control all clinical aspects of the services rendered under this Agreement in connection with CONTRACTOR's utilization review system and Corporate Medical Officer. The Medical Director shall be familiar with ACA, FCAC, Florida Model Jail Standards and NCCHC accreditation standards. The Medical Director shall also provide services as a physician under this Agreement.

**G.**   **SHERIFF**

SHERIFF shall mean the Sheriff of Broward County and designated representatives within the Broward Sheriff's Office. The Director shall provide and update a list of designated

representatives to CONTRACTOR's Regional Administrator. Designated representatives include, as a minimum, the Sheriff, the Colonel for the Department of Detention, and the Director.

## ARTICLE II
## QUALIFICATIONS, LICENSES AND ACCREDITATION

**A.    QUALIFICATIONS**

All of CONTRACTOR's services provided under this Agreement shall meet or exceed the Governing Standards.

**B.    LICENSES**

CONTRACTOR warrants that it has all licenses necessary to render health care under this Agreement. CONTRACTOR further warrants that all of its employees, independent contractors, and subcontractors rendering services to the SHERIFF possess all licenses and certifications, necessary to render medical, dental, mental health, and pharmacy services under this Agreement. CONTRACTOR acknowledges that it will maintain all relevant permits and licenses required to perform the services required by the Agreement, including but not limited to, licenses and permits for radiology, pharmacy, and bio-hazardous waste disposal services.

**C.    ACCREDITATION**

CONTRACTOR shall maintain its ACA, FCAC and NCCHC accreditations and meet all Florida Model Jail standards at each of the Facilities. Failure to maintain accreditation shall result in liquidated damages as set forth in Article VII.

## ARTICLE III
## SCOPE OF SERVICES

**A.    GENERAL ENGAGEMENT**

1.    CONTRACTOR will provide medical screenings at all Facilities (subject to Article III. C. 2) 24 hours per day, 7 days per week and comprehensive medical, mental health, dental and related health care and administrative services for the Inmates, medical screenings of Inmates upon arrival at the Facilities, comprehensive health appraisals of Inmates following admission to the Facilities, regularly scheduled sick call, nursing coverage, regular physician visits at each Facility, infirmary care, hospitalization, medical specialty services, emergency medical care, Inmate worker (inmate worker) clearances, detoxification, medical records management, pharmacy services, health education and training services, a quality assurance program, administrative support services, and other services, including those more specifically

set forth in this Agreement.  CONTRACTOR will provide specialty services (e.g. radiology services, laboratory services, etc.) at each Facility to the extent possible. To the extent specialty care cannot be rendered on site (e.g., provision of methadone to pregnant inmates), CONTRACTOR will make appropriate arrangements for the provision of such care.

CONTRACTOR will provide emergency medical treatment to Inmates, and emergency care to visitors and SHERIFF's staff as necessary and appropriate on site. CONTRACTOR shall arrange for the admission of any Inmate, who in the opinion of the Medical Director requires hospitalization, and CONTRACTOR shall be responsible, subject to the limitations set forth in Articles VII, Section G, for all costs associated with hospitalization, all off-site and on-site specialty services, inclusive of diagnostic procedures, and emergency transportation services.  CONTRACTOR shall be responsible for all costs related to Inmate health care services at each Facility and off-site, including, but not limited to: pharmaceutical/medical supplies; office equipment (including but not limited to computers, printers, photocopiers, and fax machines) and supplies to include forms, books, etc; ambulance services; personnel; required off-site emergent and non-emergent services (hospital, specialty services, dental, laboratory, radiology); prosthesis; sufficient copying equipment to support the Agreement; reimbursement for all long distance telephone charges incurred using SHERIFF's telephone extension; and medical biohazardous waste disposal.  Specific sections in this Agreement shall be deemed appropriate standards and shall not be deemed or construed to establish the maximum type, level or amount of service CONTRACTOR will provide.

2.    Physician services must be sufficient to meet the required needs of each Facility and to assure medical evaluation/follow-up within five (5) days of a routine, forty-eight (48) hours of an urgent (seventy-two (72) hours on weekends and holidays), or immediately for an emergent post nursing triage referral (including weekends and holidays).  In addition, CONTRACTOR shall provide physician on-call services twenty-four (24) hours per day, seven (7) days per week, and CONTRACTOR's physicians shall provide for consultation and on-site services at each Facility, as necessary.

3.    Except for mental health services and catastrophic limits which will be governed solely by the terms of this Agreement and Governing Standards, CONTRACTOR agrees to provide services in accordance with SHERIFF's RFP  and Addendumsfor Inmate Health Care Services and CONTRACTOR's Proposal.  In the event the explicit terms of this Agreement contradict or conflict with the terms of those documents, this Agreement shall control.  In the event the RFP contradicts the Proposal, the terms of the RFP shall control.

B.    **ADMINISTRATIVE**

1.    *Periodic Reports*.  CONTRACTOR shall submit such periodic reports to the

SHERIFF's designee concerning and reflecting on the overall operation of the health care services program in general or on the health status in particular of the Inmates committed to the custody of the SHERIFF on a basis to be determined by mutual agreement of CONTRACTOR and the SHERIFF.  CONTRACTOR shall fully cooperate with the SHERIFF to (1) respond to reporting requests from SHERIFF's designee accrediting bodies, governing authorities and/or any court for any reason whatsoever, and (2) support compliance or monitoring of any provision or section of this Agreement, without any additional charge, fee or assessment to the SHERIFF unless CONTRACTOR's costs becomes substantial in which case CONTRACTOR may request an amendment to the Agreement.

2.     *Annual and Quarterly Reports*.  CONTRACTOR shall forward annual statistical reports to the SHERIFF in accordance with Governing Standards, upon request of SHERIFF's Designee CONTRACTOR shall provide SHERIFF's Contracts/Lease Manager with a quarterly report identifying all small disadvantaged business enterprise (SDBE) businesses by name, describing the nature of the business, and the expenditures received by that business.

3.     *Monthly Report*.  CONTRACTOR shall submit monthly statistical and narrative reports by the tenth (10th) day of each month to the Director and the SHERIFF's Designee Said monthly reports shall contain data for the previous month including but not limited to the following:

a)     Inmates' requests for various services;
b)     Inmates seen at sick call;
c)     Inmates seen by physician;
d)     Inmates seen by advanced registered nurse practitioner and/or physician assistants;
e)     Inmates seen by dentist;
f)     Inmates seen by psychiatrist;
g)     Inmates seen by psychologist;
h)     Inmates seen by other licensed mental health professionals;
i)     Infirmary admissions, including patient days and average length of stay;
j)     Mental health admissions;
k)     Off-site hospital admissions;
l)     Medical specialty consultation referrals;
m)     Intake medical screenings;
n)     Fourteen (14) day history and physical assessments;
o)     Medical grievance summary;
p)     Psychiatric evaluations (initial and follow-up);
q)     Diagnostic studies;
r)     Report of third party reimbursement, pursuit and recovery;
s)     Percentage of inmate population dispensed psychotropic medication;
t)     Inmates testing positive for venereal disease;
u)     Inmates testing positive for HIV/AIDS;

v)   Inmates testing positive for tuberculosis;

w)   Inmate mortality;

x)   Number of hours worked by employed and contracted staff by post on a daily basis;

y)   Percentage of inmate population on prescription medication; and

z)   Any additional information requested by the Sheriff or designee to meet Governing Standards, in which case CONTRACTOR will provide such additional information within ten (10) business days.

4.   *Daily Reports*.  CONTRACTOR shall submit a narrative report to the SHERIFF's designee daily (Monday through Friday excluding weekends and holidays) capturing data for the prior 24 to 72 hours, by no later than 11:00 am which reports include the following topics:

a)   Transfers to off-site hospital emergency departments;

b)   Communicable disease reporting;

c)   Suicide data (i.e., attempts and precautions taken);

d)   Status of inmates in local hospitals and infirmaries;

e)   Staffing per post by name and title of person filling the post;

f)   Submit completed medical grievance report;

g)   A list of lost medical records;

h)   Status report on 14 day health assessments; and

i)   Inmates hospitalized in abstentia.

5.   *Monthly Medical Audit Committee ("MAC") Meetings*.  CONTRACTOR shall meet monthly with the SHERIFF's designated representatives concerning existing health related procedures within the Facilities, and for the purpose of making changes, from time to time, of such procedures and other practices reasonably related thereto as CONTRACTOR and SHERIFF shall deem advisable.  The IHSAC or designee shall schedule the meeting.  The parties shall exchange agendas at least seven (7) days prior to the meeting.  SHERIFF's IHSAC or designee will prepare minutes of the meetings which must be approved at the next monthly meeting.  CONTRACTOR's Regional Administrator or designee will attend segregation/classification meetings, and other interdisciplinary meetings necessary to maintain detention/medical teamwork.

6.   *On-Call, Cellular*.  CONTRACTOR shall provide the Medical Director, on-call physician, Director of Nurses, on-call dentist, on-call psychiatrist, Regional Administrator with twenty-four (24) hour, seven (7) day a week cell phone SERVICE.  CONTRACTOR shall provide SHERIFF's IHSAC with a monthly call out list and updates as they occur.  These individuals must return any call within thirty (30) minutes. The on-call physician shall be available twenty-four (24) hours a day, seven (7) days a week and shall be notified of and respond in person, if necessary, to adverse medication reactions, deaths, when court-ordered, or when requested by SHERIFF's IHSAC or designee.  The on-call physician shall respond within the shorter of the medically appropriate time frame the time specified by the

Case 0:14-cv-61577-BB   Document 1-10   Entered on FLSD Docket 07/09/2014   Page 8 of 49

court, or within twenty-four (24) hours. CONTRACTOR's designee for Article III, B, 12 shall be available twenty-four (24) hours a day, seven (7) days a week accessible via cell phone.

7.   *Written Job Descriptions*. Written job descriptions and post orders defining specific duties and responsibility for all assignments at each facility must be available at each site. Copies of staffing schedules encompassing all staff are to be posted by CONTRACTOR in designated areas and submitted to the SHERIFF's IHSAC or designee on a weekly basis, with written daily updates regarding changes.

8.   *No Inmate Workers*. CONTRACTOR shall not utilize any Inmate workers to provide any health care services, including record keeping.

9.   *Court Appearances*. Information concerning any court or legal documents affecting Inmates and CONTRACTOR must be provided by faxing such documents to the SHERIFF's IHSAC or designee prior to the close of the shift during which the documents were received. CONTRACTOR shall fax information concerning any court appearances to the SHERIFF's IHSAC or designee and to the Office of the General Counsel at their respective fax numbers prior to the close of the shift of service/receipt of notice of the same. CONTRACTOR shall use best efforts, without jeopardizing patient care, to make appropriate staff available to attend court hearings, including but not limited to: the Medical Director, physicians, psychiatrists, and the Director of Nursing. CONTRACTOR shall use its best efforts to ensure that a photocopy of the Inmate's medical record is present in court. Time spend by CONTRACTOR employees dealing with these court appearances shall count as time worked against this Agreement. CONTRACTOR shall supply the SHERIFF's IHSAC or designee and the Office of the General Counsel with any follow up reports and/or documentation requested by the Court or the Department of Legal Affairs. CONTRACTOR will comply with all court ordered medical, dental and mental health care or take appropriate action to vacate or modify the court's order; however, a court order that results in an on-site increase in cost that exceeds a cumulative total of fifty thousand dollars ($50,000.00) for any Inmate per any occurrence or injury shall be reimbursed by the SHERIFF.

10.  *Policies and Procedures*. CONTRACTOR shall design and implement policies, procedures and protocols for services under this Agreement, subject to the approval of the Director. The policy and procedure manual will be updated annually in accordance with Governing Standards. Policies and procedures shall address medical, dental and mental health treatment and also include, at a minimum, policies for outside referrals, transportation, emergency care and disaster management. CONTRACTOR shall submit all policies and procedures to the SHERIFF's Correctional IHSAC or designee. Upon request, CONTRACTOR will provide input on any of SHERIFF's policies, procedures or protocols.

11.  *Civic Groups*. Upon mutual agreement of the SHERIFF and CONTRACTOR, CONTRACTOR shall discuss the services provided under this Agreement with local

civic groups or visiting officials.

12. _Issue Resolution._   The SHERIFF, the Director, or their designees shall contact CONTRACTOR's Regional Administrator in the event administrative issues arise. In any matter designated urgent by the SHERIFF or his designees, CONTRACTOR shall address the SHERIFF's issues immediately.  In any matter the SHERIFF designates as a non-urgent administrative matter, the CONTRACTOR shall respond within the time frame designated by the SHERIFF.  Both parties shall work expeditiously to resolve issues that arise between the parties, including issues raised by either party.

13. _Records and Reports_.  CONTRACTOR shall maintain such books, records and documents to reflect the expenditure of all funds under this Agreement in accordance with generally accepted accounting principles.  CONTRACTOR shall prepare and provide the SHERIFF with copies of the certified annual financial statement and such other reports relating to this Agreement as the SHERIFF may reasonably require during the period of this Agreement, at no cost to the SHERIFF.  CONTRACTOR shall provide SHERIFF with sufficient documentation to enable SHERIFF to perform contract monitoring and to verify CONTRACTOR's performance in accordance with the terms of this Agreement.

14. _Access to Facilities and Records_.  CONTRACTOR shall provide SHERIFF, the Director, the SHERIFF's designees with (a) access to all information in the Facilities and outside the Facilities as is reasonably necessary for the SHERIFF to perform contract monitoring, and (b) access to any financial books, documents, papers and records of CONTRACTOR as are related to this Agreement. The SHERIFF and his designees shall have access to all records of CONTRACTOR and to all documents as may be necessary for the SHERIFF's designee to perform monitoring under this Agreement.

15. _Facilities and Housekeeping_.

   a.   The SHERIFF may prohibit entry to any Facility, or remove therefrom, any of CONTRACTOR's subcontractors, independent contractors or employees who do not perform their duties in a professional manner, who violate the security regulations and procedures of the SHERIFF, or who present a security risk or threat as determined in the sole discretion of the SHERIFF. The SHERIFF reserves the right to search any person, property or article entering or leaving any facility. CONTRACTOR's employees, independent contractors, and subcontractors, their desks, lockers, personal effects, and vehicles parked in the Department of Detention's premises are subject to search at any time.

   b.   Upon notification by CONTRACTOR of a new employee, the SHERIFF shall provide CONTRACTOR's new employees, including per diem employees, with an orientation to the Facility and to security operations prior

to being allowed access to the facility.

c.      CONTRACTOR shall maintain and update the on-site medical library in English at each Facility for use by the health care staff. The library shall include at a minimum the following materials: basic reference texts related to the diagnosis and treatment in primary care setting, a current medical dictionary, a pharmacology reference book, and a current Physician's Desk Reference book. At the expiration or termination of the Agreement, the library shall become the property of the SHERIFF.

d.      CONTRACTOR's staff shall perform all housekeeping duties in the infirmary and clinic areas unless otherwise provided in this Agreement. SHERIFF will provide Inmate workers to clean and maintain floors, windows, walls, vents, and all bathroom and shower facilities and fixtures.

e.      The SHERIFF shall provide food/dietary services to Inmates, maintain the premises and fixtures, and provide linens for the Inmates.

f.      CONTRACTOR shall prepare inspection reports on the maintenance of each Facility's infirmaries and clinics on a quarterly basis. Copies of all inspection reports shall be provided to the Director and to the SHERIFF's designee.

g.      At its expense, CONTRACTOR shall dispose of all medical biohazardous waste in accordance with applicable state and federal laws, local ordinances, and OSHA standards. CONTRACTOR shall comply with OSHA blood borne pathogens standards; required training; and record keeping for occupational exposures.

16.     *Telephone Calls*. CONTRACTOR shall reimburse the SHERIFF for any toll or long distance charges. CONTRACTOR shall reimburse SHERIFF for any charges associated with modifying and/or adding any telephone lines and computer hook ups.

17.     *Staff Health Education*. CONTRACTOR will conduct an ongoing health education program for personnel of the SHERIFF at each Facility. This health care education program will include, at the SHERIFF's request, programs necessary to maintain all certifications, administration of first aid, recognizing the need for emergency care in life-threatening situations, recognizing acute manifestations of certain chronic illnesses, recognizing other chronic medical or disabling conditions, recognizing signs and symptoms of mental illness, suicide prevention, precautions and procedures with respect to infections and communicable diseases, procedures for appropriate referral of inmates to health professionals, substance abuse, response to medical emergencies or disaster, AIDS, medical biohazardous waste disposal, all training required by Governing Standards and additional topics upon mutual agreement of the SHERIFF and CONTRACTOR. The SHERIFF shall reimburse the CONTRACTOR for any non CONTRACTOR personnel and costs incurred to provide such training

(e.g., CPR dummies rental), provided such costs are pre-approved in writing by the Sheriff or designee.

18. *Inmate Health Education*.   CONTRACTOR shall maintain, subject to the SHERIFF's approval, an inmate health education program to include health education posters, literature and videos for placement throughout the Facilities, especially in special program areas and in program intensive housing units. Posters will be provided for education on sexually transmitted diseases and substance abuse. Upon approval of SHERIFF, CONTRACTOR shall provide formal educational sessions to Inmates on topics including but not limited to: personal hygiene; nutrition; physical fitness; stress management; sexually transmitted diseases; chemical dependency; tuberculosis and other communicable diseases; effects of smoking; AIDS (Acquired Immune Deficiency Syndrome); hypertension/cardiac; epilepsy; diabetes; dermatology; rehabilitation; pregnancy; and those education sessions identified in NCCHC standards.

19. *Inmate Services*. CONTRACTOR shall provide Inmates with a verbal (in a language understood by the Inmate) and written explanation of the procedures to access medical, dental, and mental health services.  CONTRACTOR must review and update the medical section of the Inmate Handbook annually. The Inmate Handbook will be published by the SHERIFF.

20. *Computer Security*.   CONTRACTOR shall use its best efforts to ensure that any of its actions do not corrupt or infect any of SHERIFF's computer equipment, computer software, data files, or databases.

21. *Records and Documentation.* All manuals, policies and procedures, medical (health, mental health and dental) records, statistical data, logs, and other records and documentation (whether in written form, on a CD Rom, or other media form) developed, purchased or maintained by CONTRACTOR or SHERIFF or for one or more of SHERIFF's facilities (excluding original proprietary records normally maintained by CONTRACTOR at its off-site corporate headquarters), are in the custody of the CONTRACTOR.  SHERIFF or his designee may review such records at any time. A duplicate copy of medical records must be provided to SHERIFF, the Director, SHERIFF's designees at any time, upon their written request.  Upon expiration or termination of the Agreement, all records shall be surrendered to SHERIFF.   When surrendered, closed records will be indexed and boxed in chronological order by Facility. SHERIFF will retain the CONTRACTOR's final monthly payment until all records are received by SHERIFF in accordance with this section.

22. *Media Requests*.  If media requests are received, CONTRACTOR shall be responsible for responding to the media after coordinating its response with SHERIFF's Public Information Office.

23. *Property*. A list of SHERIFF owned equipment is attached hereto as Exhibit "A."

10

CONTRACTOR shall maintain repair and/or replace all furniture and equipment whether such items are CONTRACTOR owned or leased or SHERIFF owned.

25. *Emergency Notification*. CONTRACTOR shall notify SHERIFF's designee of any Inmate hospitalizations, any unusual illnesses, any emergency care, any Inmate death, and any potential media concern immediately.

## C.   INTAKE MEDICAL SCREENING

1. CONTRACTOR shall provide sufficient qualified staff to perform Inmate medical screenings based on structured inquiry and observation, twenty-four (24) hours a day, seven (7) days a week. CONTRACTOR shall medically screen each Inmate within five (5) hours of each Inmate's arrival at a Facility.

2. Booking at satellite facilities. CONTRACTOR shall perform Inmate medical screenings at each off-site satellite booking facility 24 hours per day, 7 days per week with either a licensed practical nurse or an emergency medical technician (EMT). CONTRACTOR shall medically screen each Inmate within five (5) hours of each Inmate's arrival at an off-site satellite booking facility. SHERIFF presently has off-site satellite booking stations in Davie, Pompano and Hollywood. SHERIFF will provide CONTRACTOR with forty-five (45) days notice that additional off-site satellite booking stations need to be staffed and the parties will execute an Amendment identifying the additional compensation and the effective date of the Amendment.

3. Booking at main jail. On each shift, CONTRACTOR shall have no less than Two (2) - licensed practical nurses or EMT's, at least one of which must have documented mental health training/experience to perform mental health screenings and perform intake medical screenings consisting, at a minimum, of the requirements outlined in the Governing Standards which include but are not limited to:

   a) Behavior, including state of consciousness, mental status and stability, appearance, conduct, tremors, sweating;
   b) Notation of body deformities, trauma, markings, ease of movement;
   c) Condition of skin and body orifices, including rashes and infestations, jaundice, lesions and needle marks or other indications of drug abuse;
   d) Tuberculosis screening;
   e) Recording of vital signs;
   f) Documentation of chronic and current illnesses and health problems including communicable diseases as well as medical; mental and dental histories; current medications; substance abuse history; and, for females, a summary of gynecological problems and pregnancies; and
   g) History of suicide attempts or suicidal ideations.

4. Inmates must be medically cleared before they are sent to general population. Unconscious, seriously injured or seriously ill patients shall be referred to the nearest

hospital, and upon their return to the Facility, CONTRACTOR must medically assess the Inmate before return to general population.   CONTRACTOR shall maintain a medical clearance log of those Inmates who required medical clearance before booking that will be submitted monthly and reviewed and discussed at the MAC meeting.

5.   CONTRACTOR shall use its best efforts to have each inmate execute Releases of Information to enable CONTRACTOR to receive records from prior health care providers to ensure continuing of care.   CONTRACTOR shall pull records from previous incarcerations in the Facilities and combine those medical records.

6.   In accordance with Governing Standards and BSO policies, CONTRACTOR shall make arrangements at its expense for body cavity searches to be conducted by medical personnel other than CONTRACTOR's staff.   A court order must be obtained by the Department of Detention authorizing the body cavity search.

**D.   HEALTH ASSESSMENT**

1.   Each Inmate shall be given a health assessment, including appropriate screening and testing by qualified health care personnel under the supervision of a licensed physician within Fourteen (14) calendar days after admission to the jail system.

Example:  Inmate Smith booked 12/01/2009, needs History and Physical no later than 12/14/2009. For calculation purposes, Day 1 is the day after booking date and the day the H & P is completed does not count as a penalty day.

Example: Inmate Jones booked on 12/01/2009, H & P completed 12/20/2009. H& P should have been completed on or before 12/ 15/09 (12/2/09 – 12/15/09). Therefore, penalty assessed for the period from 12/ 16/09 through and including 12/19/09, which is 4 days. The day the H & P is completed is not counted in the assessment of penalty days.

The health assessment shall be conducted in accordance with Governing Standards, shall be documented on a form approved by the SHERIFF, and shall include the following, at a minimum:

a)   Review of intake screening forms;
b)   Collection of additional data regarding complete medical, dental, psychiatric and immunization histories;
c)   Appropriate laboratory and diagnostic tests to detect communicable diseases (venereal disease) if indicated, or upon Inmate request;
d)   Tuberculosis screening (PPD test or chest x-ray);
e)   Vital signs (height, weight, pulse, blood pressure, respirations, temperature);
f)   Gynecological assessment for females;
g)   Physical examination including comments about mental status and dental screening;
h)   Assessment of mental health;

    i)      Initiation of therapy and immunizations when appropriate;
    j)      Pregnancy test for all females;
    k)      Other tests and examinations as appropriate; and
    l)      Review of medical records from other providers.

2.  Inmates referred for treatment as a result of the health appraisal must be seen promptly by the appropriate health care professional (physician, mental health professional or dentist) unless the health care provider making the referral orders the Inmate to physician sick call on another day or an outside referral is needed, in which case the Inmate should be seen within a reasonable period of time.

## E.   PHARMACY

1.  CONTRACTOR shall obtain all necessary pharmacy and DEA licenses to provide pharmaceutical services consistent with local, state and federal laws and all applicable Governing Standards. CONTRACTOR's pharmacy services shall be no less than a Type "B" Modified Class II Institutional Pharmacy under the control and supervision of a certified consultant pharmacist licensed in the State of Florida. The certified consultant pharmacist shall conduct quarterly pharmacy and therapeutic committee meetings. CONTRACTOR's initial formulary is attached as Exhibit "B". A report will be supplied to the SHERIFF or designee when substantial formulary changes are made by CONTRACTOR.

2.  CONTRACTOR shall ensure that prescribed medications are provided to Inmates within twenty-four (24) hours of the order being written, unless the prescription is for STAT in which case the prescribed medication will be provided to the Inmate within four (4) hours of the order being given.

3.  The Medical Director shall determine which medications shall be available on-site for emergencies or for when it is medically appropriate that a more immediate initial dose be provided. The CONTRACTOR shall keep sufficient supplies of medications on-hand to ensure that Inmates with HIV or AIDS receive their medications on a timely basis.

4.  When Inmates who are taking prescription medications are released from custody, participate in conditional release programs (i.e. house of hope) or leave on a writ, CONTRACTOR shall have available all dispensed prescriptions for the Inmate for no less than three (3) days dosage or the remainder of the medication, unless otherwise directed by the physician or released without reasonable advanced notice to provide such medications. The physician may require more than three (3) days of medication to be filled if it is clinically indicated, in CONTRACTOR's discretion, that (a) the prescription should be filled in a sufficient quantity to ensure that the Inmate can continue medication until such time as the Inmate is able to be seen by an outside provider or (b) the current prescription is completed. CONTRACTOR shall use its best efforts to secure a pharmacy agreement that allows Inmates enrolled in the pharmacy program or jail linkage program's the ability to obtain thirty (30) days

of HIV medication upon release from Facilities.   CONTRACTOR shall use its best efforts to pursue any programs that reduce pharmacy costs. 5.   CONTRACTOR shall record the administration of all prescription and "prn" medications on a SHERIFF approved form.  CONTRACTOR shall document that each Inmate has received all medications.  In the event an Inmate's ordered medication was not administered, CONTRACTOR shall document the reason that the medication was not administered and shall conduct appropriate follow up to provide the Inmate such medication in accordance with approved policies governing medication administration.  CONTRACTOR shall document all follow up efforts.

6.     CONTRACTOR shall employ or enter into a contract with a licensed, qualified pharmacist.  CONTRACTOR's pharmacist shall participate as needed and shall attend the monthly Continuous Quality Improvement Committee meetings. CONTRACTOR's pharmacist shall perform third party drug utilization review as requested by the Continuous Quality Improvement Committee.

7.     CONTRACTOR's certified consultant pharmacist shall conduct monthly inspections of all Facility areas where medications are maintained.  The inspection shall include a review of the storage of medications, a review of the medical records/medication administration record forms, and a review of the expiration dates of medications. The SHERIFF, SHERIFF's designees shall have the right to inspect and review the storage of medications, pharmacy, and medication records.  CONTRACTOR's certified consultant pharmacist shall ensure the destruction and disposal of medications as required by law.  CONTRACTOR's certified consultant pharmacist shall prepare a monthly report of these findings which shall be shared with  the Medical Director, CONTRACTOR's Regional Administrator, and SHERIFF's SHERIFF or designee.  A copy of the monthly report shall be maintained by CONTRACTOR in each Facility.

8.     CONTRACTOR shall provide SHERIFF's IHSAC with copies of all State of Florida inspections and audits.

## F.    LABORATORY

1.     CONTRACTOR shall provide or arrange for all laboratory services at its expense. Laboratory services shall also include the provision of supplies, the delivery and pick-up of labs and results being sent to and from outside facilities at least once daily from Monday through Friday, the installation of a printer at each Facility to provide test results as facsimile copies of results are not acceptable, and the capability to provide and receive laboratory reports within twenty-four (24) hours.

2.     Urgent or stat laboratory work shall be sent within four (4) hours to a local hospital or local laboratory that is accredited by the College of American Pathologists. Results shall be telephoned immediately to the requesting physician, and a written report shall be sent to the physician within four (4) hours of the laboratory work

being picked up.

3.    A physician shall review, initial and date all results by next provider clinic visit. CONTRACTOR's physician shall utilize his best efforts to review laboratory results that were sent over a weekend as soon as possible. Upon a review of the results, CONTRACTOR's physician shall determine the appropriate clinical treatment of the Inmate. In the event the physician's clinical observations of the patient do not correlate with the laboratory results, the physician shall clinically assess the patient, provide appropriate follow-up care, and reorder laboratory testing as clinically appropriate.

## G.    RADIOLOGY SERVICES

1.    CONTRACTOR shall provide or arrange for radiology services at its expense. Radiology services shall include x-rays, fluoroscopy, MRI's, CAT scans, ultrasounds, and any other special studies. Radiology services shall also include radiology supplies and equipment.

2.    CONTRACTOR shall perform or contract for routine x-rays to be provided on site at each Facility. Inmates shall be referred off-site to another provider if a procedure is beyond the capabilities of a Facility. CONTRACTOR shall have emergency radiology services available twenty-four (24) hours per day, seven (7) days per week to minimize outside referrals.

3.    CONTRACTOR shall provide or contract with a licensed radiologist. CONTRACTOR's radiologist shall review all x-ray films performed on-site at a Facility and shall call CONTRACTOR's physician with any report requiring immediate intervention. CONTRACTOR's radiologist shall forward a written report of the radiology service to CONTRACTOR's physician within twenty-four (24) hours of the radiologist's interpretation of the films.

4.    CONTRACTOR'S physician shall promptly review, initial and date all x-ray reports by next provider clinic.

## H.    OPTICAL SERVICES

1.    CONTRACTOR shall provide or arrange for a qualified optometrist to perform on-site eye examinations for Inmates with specific eye complaints.

2.    CONTRACTOR shall provide eyeglasses to Inmates at CONTRACTOR's expense. Inmates who desire other prosthetics shall be able to obtain them at the Inmate's expense unless CONTRACTOR's Opthamologist determines that the other prosthetics are clinically necessary, in which case CONTRACTOR shall bear the cost of the other prosthetics.

## I.    DENTAL SERVICES

CONTRACTOR shall provide a dental screening within thirteen (13) days and a dental assessment within twelve (12) months as required by Governing Standards. CONTRACTOR shall provide emergency and routine dental care for Inmates at Facilities. CONTRACTOR shall make appropriate off-site referrals for Inmates requiring dental care outside the capabilities of a FACILITY at CONTRACTOR's expense.

**J.**     **MENTAL HEALTH AND SUBSTANCE ABUSE**

CONTRACTOR shall implement a mental health program for the evaluation, treatment and/or referral of mentally ill Inmates to include but not be limited to the following:

1.     CONTRACTOR will evaluate Each Inmate identified at the intake medical screening as having a mental illness but asymptomatic will be evaluated by a licensed mental health professional within seventy-two (72) hours. Symptomatic Inmates (e.g., suicidal ideations, decompensating, and/or psychotic behavior) who have a history of mental health treatment will be seen within twenty-four (24) hours. If referral to a psychiatrist is necessary, the Inmate will be evaluated by the psychiatrist or psych ARNP within twenty-four (24) hours of the referral.

2.     CONTRACTOR shall use its best efforts to have the Inmate execute Releases of Information so that prior medical records can be reviewed to ensure continuity of care.

3.     If an Inmate is relocated from general population to the mental health unit or to a mental health bed, or the Inmate is referred to CONTRACTOR by any of the SHERIFF's staff in writing, the Inmate shall be examined by a licensed mental health professional within twenty-four (24) hours of the Inmate's being moved or sooner.

4.     CONTRACTOR shall provide suicide assessments, suicide observation and assessments under Chapter 394, Florida Statutes. Inmates who meet the criteria under Chapter 394, Florida Statutes, shall be processed accordingly. CONTRACTOR shall have staff with appropriate licensure available twenty-four (24) hours per day, seven (7) days per week to perform the functions of Chapter 394, Florida Statutes. When CONTRACTOR places an Inmate on suicide watch, CONTRACTOR shall notify SHERIFF's designee that CONTRACTOR is providing constant observation of the Inmate by appropriately trained personnel.

5.     Psychotropic medication in liquid form will be used where clinically appropriate. To maximize the effectiveness of pharmacotherapy and to reduce the toxicity and side effects of medication, an intensive program of drug monitoring shall exist. All Inmates placed on drug therapy will be seen within one (1) week by the psychiatrist or psych ARNP. Precautions to be followed will include:

a)     The psychiatrist or psych ARNP will review the Inmate's medical record to determine which medications the patient has been receiving prior to the

prescription of psychotropic medication.

b) Prior to the prescription of psychotropic medication, Inmates will be informed by the psychiatrist or psych ARNP about the risks of taking such medication, in accordance with applicable standards of care. An informed consent for each psychotropic medication must be completed and filed in the medical record. The consent must be signed by the Inmate and witnessed by two persons.

6. CONTRACTOR will perform mental health assessments as ordered by the courts, provided the same are not ordered for evidence or competency evaluations.

7. CONTRACTOR shall develop a standardized formulary for the treatment of the mentally ill which shall include those psychotropic medications offered at the state forensic hospital. The formulary of psychotropic medications offered at the state forensic hospital shall be available to all inmates in the Facilities as determined by CONTRACTOR's clinical personnel.

8. CONTRACTOR shall provide a psychiatrist or psych ARNP who is available to respond to Facilities within two (2) hours of notification through on-call availability twenty-four (24) hours per day, seven (7) days per week.

9. CONTRACTOR shall implement a program of mental health care for Inmates in general population and in the mental health unit or in a mental health bed which includes at least the following:

a) Psychotropic medications;
b) Case management;
c) Individualized treatment planning;
d) Supportive group and/or individual psychosocial interventions, all provided by staff having at least the qualifications of a master's level qualified mental health professional;
e) Psychiatric consultation for identified inmates;
f) Laboratory studies as indicated;
g) A mental status examination at least every thirty (30) days;
h) Discharge planning to include prescription medications, if indicated;
i) Crisis intervention; and
j) Substance abuse counseling/referrals.

10. CONTRACTOR shall offer Inmates who are on psychotropic medications at the time or release seven (7) days of psychotropic medication to be filled upon the Inmate's release if clinically indicated, contingent on sufficient time to provide such being given.

11. CONTRACTOR shall ensure that all personnel receive specialized training on mental illness, substance abuse, and suicide prevention and intervention.

**K.   INMATE WORKER CLEARANCES**

1.   Inmate worker medical clearances for all Inmate workers (inmate workers, kitchen workers, Inmates with food handling responsibilities, infirmary janitorial duties and Inmates assigned to work programs outside the Facilities) must be done within seventy-two (72) hours (including weekends and holidays). Inmate worker medical clearances must be documented on the inmate worker clearance form must be based on CONTRACTOR's review of the Inmate's history and physical and must be submitted to the SHERIFF's Inmate Worker Coordinator.

2.   A clearance form will be completed and placed in the Inmate's medical record before assignment. This form will indicate whether the Inmate can perform the essential functions of the job assignment, with or without accommodation. If an accommodation is recommended, the SHERIFF's IHSAC or designee will review and act upon the request.

**L.   ELECTIVE MEDICAL CARE**

CONTRACTOR will not be responsible for providing elective medical care to Inmates. For purposes of this Contract, "elective medical care" means medical, dental and mental health care which, if not provided, would not in the opinion of CONTRACTOR's Medical Director cause the Inmate's health to deteriorate or cause definite harm to the Inmate's well-being. In the event of a dispute between CONTRACTOR's Medical Director and SHERIFF's IHSAC regarding "elective medical care," CONTRACTOR shall provide a written summary of why the Inmate's medical care is elective.

**M.   SICK CALL**

CONTRACTOR shall provide routine nurse sick call at each Facility at levels which allow for all Inmates needing medical services to be seen on the same day that they request such services, should the need arise outside the scheduled sick call rounds done in the housing units. Referrals shall be made as appropriate. Physician sick call shall be provided a minimum of five (5) days per week. Upon referrals to a physician, Inmates shall be seen by the physician within five (5) days if routine, forty-eight (48) hours if urgent (seventy-two (72) hours on weekends and holidays), and immediately if emergent. If sick call does not occur because it has been documented by CONTRACTOR and verified by SHERIFF that detention staff are unavailable to effect Inmate movement for sick call, then CONTRACTOR will not be penalized.

**N.   INFIRMARY CARE AND HOSPITALIZATION**

1.   Infirmary care shall be available for Inmates requiring skilled nursing care, chronic illness care, convalescent care, and all acute and chronic conditions which can be managed on-site. CONTRACTOR shall ensure the following is provided:

a)   24- hour coverage, supervised on-site by a Registered Nurse;
b)   Daily infirmary rounds by nursing staff;
c)   24-hour physician on-call coverage;
d)   A manual of nursing care procedures;   *D, SCO*
e)   A separate and complete medical record for each patient; and
f)   Infirmary rounds will be conducted by the physician no less than one (1) time per day, Monday through Friday.

2.   All infirmary encounters by a health care provider shall be documented in the Inmate's medical record.

3.   Those inmates requiring care beyond the capability of the infirmary shall be hospitalized at a licensed facility within Broward County unless other provisions have been made in written agreements. Recommendations for hospitalization, with the exception of emergency situations, shall require review and approval by the Medical Director or designee. Hospital admissions that arise from emergency situations shall be reviewed by the Medical Director within forty-eight (48) hours of admission or third party contractor who will provide emergency rescue services. CONTRACTOR's Medical Director or another physician must have privileges at that hospital.

4.   Any specialty consultations of Inmates are the financial responsibility of the CONTRACTOR, subject to the catastrophic limits set forth in Article VII, Section G.

5.   To the extent any Inmate requires non-emergency off-site health care treatment (hospitalization, specialty services, etc.), the SHERIFF will, upon reasonable notice, provide appropriate transportation services as requested by CONTRACTOR. The SHERIFF shall not be required to transport seriously ill or medically unstable Inmates. In the event of a seriously ill or medically unstable Inmate or in the event of an emergency, CONTRACTOR shall call 9-1-1 and shall bear the costs associated with such transportation.   *D,SCO*

6.   CONTRACTOR's personnel shall establish regular meetings with representatives from the designated hospital and other providers to coordinate the referral of Inmates. Policies and procedures shall be developed regarding referral methods, scheduling, transportation, reporting of test results, medical records, acute care hospitalization and patient follow-up, subject to approval by the SHERIFF. CONTRACTOR shall maintain confidential and secure communications with outside providers so as not to compromise the secure transportation of Inmates.

## O.   **EMERGENCY CARE**

CONTRACTOR will provide emergency or immediate medical services for Inmates and emergency care and stabilization to visitors and staff twenty-four (24) hour a day, seven (7) days per week. CONTRACTOR shall designate its Medical Director or designee and an on-

call psychiatrist and dentist who shall have twenty-four (24) hour on-call responsibility for any emergencies that may arise. Emergency service will include emergency transportation via helicopter or ambulance (at CONTRACTOR's expense for Inmates) and acute hospital services with one or more health care providers or physicians.

**P.   REFERRALS**

All referrals shall be approved by the Medical Director. Outside referrals will be made when medically appropriate. Referrals shall meet the utilization review program requirements. *~DSCO* CONTRACTOR shall maintain appropriate referral logs, which shall be available for review by the SHERIFF's staff. The Medical Director or on-site physician must medically clear Inmates returning to the Facility before those Inmates will be released from the Facility's infirmary back to general population.

**Q.   DIET**

Therapeutic diets required by Inmates shall be ordered by a physician, physician assistant, health care practitioner or dentist. An approved acceptable list of therapeutic diets will be agreed upon between the Medical Director and SHERIFF's designees. CONTRACTOR shall provide nutritional supplements (e.g., Ensure, unless deemed a meal replacement) and/or vitamins as may be necessary. Nothing in this Section nor in Section III B 15 e shall be deemed or construed to transfer these responsibilities away from CONTRACTOR.

**R.   INFECTION CONTROL**

CONTRACTOR shall implement an infection control program which includes but is not limited to concurrent surveillance of staff and Inmates, prevention techniques, treatment, and reporting of infections in accordance with local, state and federal laws, OSHA and Governing Standards.

**S.   INMATE GRIEVANCES, COMPLAINTS**

Inmate complaints or grievances regarding services under this Agreement shall be forwarded to the CONTRACTOR's Medical Director or designee who shall promptly review the complaint or grievance, gather all information concerning the complaint or grievance, and take appropriate action in accordance with the SHERIFF's grievance procedures. CONTRACTOR shall respond to all Inmate complaints or grievances concerning services under this Agreement within seventy-two (72) hours of CONTRACTOR's receipt of such complaint or grievance.

**T.   INMATE TRANSFERS**

1.   *Intra system.* All Inmates transferred among the SHERIFF's Facilities and off-site satellite booking facilities shall have their medical records screened by health care personnel prior to the transfer and immediately upon arrival at the receiving facility. The health record must accompany the Inmate to the receiving Facility, and must

document the current medications, the Inmate's medical status, the Inmate's chronic health problems, and any other relevant medical information.

2.  *External Transfers*.  Every effort will be made by SHERIFF to provide the names of Inmates to be routinely transferred to other jurisdictions to CONTRACTOR twenty-four (24) hours prior to scheduled transfer.  All Inmates transferred to other jurisdictions will have their medical records screened by health care personnel prior to the transfer, and appropriate medical information and medications will be sent with the Inmate to the receiving jurisdiction at the time of transfer.

**U.**  **UTILIZATION REVIEW**

CONTRACTOR shall implement and operate a Utilization Review Program for the SHERIFF.  When an Inmate is in an outside facility (whether admitted by CONTRACTOR or booked in abstentia), the CONTRACTOR shall perform case management to ensure that the admission is medically necessary and that the length of stay is appropriate.

**V.**  **COMPREHENSIVE QUALITY IMPROVEMENT**

CONTRACTOR shall develop a comprehensive quality improvement program of regularly scheduled audits of all Inmate health care services provided under this Agreement, documentation of deficiencies, and plans for correction of deficiencies.  The quality improvement plan shall include a provision for program and contract monitoring (peer review) by one or more "outside" detention health care consultant(s) on an annual basis. The results of the outside consultant's review(s) shall be provided to the SHERIFF or designee and available for ACA, FCAC, FMJ and NCCHC review accreditation.  CONTRACTOR shall obtain the approval of SHERIFF as to each outside consultant.  CONTRACTOR shall bear all costs associated with the outside consultants.  The Comprehensive Quality Improvement Committee shall have the following functions and responsibilities:

1.  Establish and oversee the Facilities' Quality Management (QM) program within applicable Governing Standards;

2.  Implement system-wide QM studies consistent with the data collection schedule developed by CONTRACTOR with Sheriff's input and approved by the SHERIFF;

3.  Conduct ongoing studies which monitor and evaluate the quality and appropriateness of patient care;

4.  Collect data regarding the quality and appropriateness of drug usage and resistance;

5.  Review findings from any mortality review and recommend corrective action when indicated;

6.  Review data from health record reviews on completion and accuracy of entries, ensure that entries are clinically appropriate and identify any quality management

issues;

7.  Review medical records to determine appropriateness and over/under utilization of ancillary services, contract services, specialty consultations and usage of medications;

8.  Review infections within each Facility to identify and ensure proper management, to identify and to make every effort to prevent nosocomial infections, to reduce the transmission of communicable or contagious diseases or illnesses;

9.  Review risk patterns and trends of unexpected inmate health care events, employee and visitor incidents;

10. Review findings generated from specific institutional studies, make recommendations for corrective action when indicated and conduct follow-up;

11. Recommend continuing education programs based on the results of the institutional Quality Improvement activities for CONTRACTOR's and SHERIFF's staff;

12. Provide input and feedback to the clinical, ancillary and correction's departments;

13. Review all findings to the SHERIFF's Designee

14.  Prepare reports and minutes of meetings and activities of the QM Program and maintain the confidentiality of the same through the confidential QM channels and reporting to the SHERIFF'sDesignee

14. Review and update confidentiality policies on an annual basis; and

15. Review of credentialing procedures.

## W.   **MEDICAL DISASTER PLAN**

1.  Subject to the approval of the Director, the CONTRACTOR shall maintain procedures from the effective date of the Agreement for the delivery of medical services in the event of a disaster, including but not limited to, fire, tornado, hurricane, epidemic, riot, strike or mass arrests. Such procedures shall be maintained and/or modified by the Medical Director working closely with the SHERIFF's staff and may include:

    a)  Communications system;
    b)  Recall of key staff;
    c)  Assignment of health care staff;
    d)  Establishment of command post;
    e)  Safety and security of the patient and staff areas;
    f)  Use of emergency equipment and supplies to include automatic external defibrillators (AED's);
    g)  Establishment of a triage area;

    h)     Triage procedures;

    i)     Medical records - identification of injured;

    j)     Use of ambulance services;

    k)     Transfer of injured to local hospitals;

    l)     Evacuation procedures (to be coordinated with security personnel); and

    m)    Practice drills annually at each Facility involving staff from each shift in accordance with NCCHC standards.

2.    In addition, the CONTRACTOR shall maintain a Familiarization Staff Training Program from the effective date of the Agreement for all Health Care Unit employees in case of an institutional emergency. Emergencies shall be handled in the following manner:

    a)     All in-house measures for dealing with the emergency shall be taken;

    b)     The disaster plan, as discussed above, shall be put into effect; and

    c)     All Facility medical disaster plans and emergency measures shall be coordinated with the nearest local disaster agency.

## X.   DNA TESTING

CONTRACTOR shall draw the blood for Inmates and not in custody defendants per FDLE requirements for DNA testing (Florida Statutes §943.325) and/or under court order. Effective July 1, 2005, CONTRACTOR shall perform the oral swabs required for DNA samples of all felons under Florida Statutes §943.325.

## ARTICLE IV
## PERSONNEL

## A.   STAFFING

1.    CONTRACTOR shall provide sufficient medical, mental health, dental, health care professionals, technical, support and clerical personnel necessary for the rendering of health care services under this Agreement.  CONTRACTOR shall submit its Credentialing Criteria, and job descriptions to SHERIFF.  CONTRACTOR shall ensure that its minimum staffing levels are consistent with the staffing patterns for each Facility as set forth in Exhibit "C".  CONTRACTOR shall ensure that all employees and contracted persons comply with all state, federal and local laws and ordinances, Governing Standards, policies, procedures and rules of the Broward Sheriff's Office, court orders, applicable nursing protocols, and Facility standard operating procedures, etc.  In addition, CONTRACTOR will ensure that its medical, professional and para-professional staff receive all necessary and requisite statutorily mandated in-services, annual or proficiency training, and such other such professional or para-professional education and training programs needed to ensure current proficiency in the professional or para-professional's particular medical discipline or specialty.  CONTRACTOR shall provide physicians who are on the

medical staffs of the North and South Broward Hospital District's facilities.

2. The parties agree that in ninety (90) days, CONTRACTOR shall conduct a management review to identify any system initiatives to streamline staffing requirements and/or system enhancements and share the results of the Management review with the Sheriff or Designee.

## B.   CRIMINAL HISTORY

CONTRACTOR represents that its principal owners, partners, corporate officers, and employees, do not have any pending criminal charges. CONTRACTOR has disclosed all such convictions or pending criminal charges to the SHERIFF and further agrees to disclose any future convictions or pending criminal charges.

CONTRACTOR shall conduct a local criminal records check on each of its proposed hires. Prior to any staff person being permitted to perform services in Facilities, the SHERIFF shall fingerprint and conduct a security background check on each staff person.

SHERIFF reserves the right to approve or reject, for any reason, CONTRACTOR's staff assigned to this project at any time. Upon successful completion of a security background check, the SHERIFF shall issue identification badges to CONTRACTOR's staff.

## C.   LICENSURE, CERTIFICATION AND REGISTRATION

All professionals provided or made available by CONTRACTOR to render services hereunder will be licensed, certified or registered, as appropriate, in their respective areas of expertise pursuant to applicable Florida law. CONTRACTOR shall ensure that its clinical staff has prior health care experience, and documentation of such prior experience shall be contained in CONTRACTOR's personnel files. CONTRACTOR shall maintain personnel files on site for all employees, independent contractors, and any other individual or entity providing services under this Agreement. The personnel files shall include, but not be limited to, copies of current Florida licensure, proof of professional certification, and position responsibilities. The personnel files shall contain documentation that staff with inmate contact has received annual security training which may be included in the annual forty (40) hours of in-service training. The Sheriff, the Director, the SHERIFF's designees shall have access to the personnel files for any purpose.

## D.   ORIENTATION

CONTRACTOR shall ensure a copy of the applicable written job description and post orders are provided to each of its employees, subcontractors, and independent contractors. CONTRACTOR shall ensure that all new health care personnel are provided with an orientation and appropriate training regarding medical practices at their assigned Facility. This training must be documented in all employee files. Each new employee, including any new Medical Director, shall receive forty (40) hours of in-service training (including on the

job training) within the first ninety (90) days of employment. Each person performing services under this Agreement shall be required to visit one or more of the Facilities prior to beginning work at any of the Facilities. The orientation shall not apply to health care personnel hired by CONTRACTOR who were working in the Facilities under the prior contractor.

**E.  PERFORMANCE EVALUATIONS AND INVESTIGATIONS**

CONTRACTOR shall monitor the performance of each employee, subcontractor, and independent contractor to ensure appropriate job performance in accordance with the Agreement and the applicable job description. CONTRACTOR shall perform employee performance evaluations annually, and as requested by the Director, CONTRACTOR, its subcontractors and independent contractor. CONTRACTOR, its subcontractors and independent contractors shall participate in any disciplinary or administrative hearing relating to any of SHERIFF's employees, in any criminal investigation relating to an Inmate's death, and in any investigation as requested by the SHERIFF, the Director, or their designees.

**F.  USE OF INMATES IN PROVISION OF HEALTH CARE SERVICES**

Inmates will not be utilized by either CONTRACTOR or SHERIFF in the direct rendering of any health care services. Inmates may be used in positions not involving the rendering of health care services directly to Inmates, upon the mutual written agreement of CONTRACTOR and SHERIFF.

**G.  SUBCONTRACTING AND DELEGATION**

In order to discharge its obligations hereunder, CONTRACTOR may enter into subcontracts with certain health care professionals and SHERIFF expressly consents to such subcontracting or delegation. CONTRACTOR shall be responsible for the quality of care provided by its subcontractors and independent contractors, and CONTRACTOR shall require its subcontractors and independent contractors to comply with the requirements of this Agreement. CONTRACTOR shall request copies of documentation evidencing licensure and accreditation, if applicable, from all hospitals, clinics and other providers utilized by CONTRACTOR. CONTRACTOR shall maintain files on all subcontractors containing proof of current licensure and competence, evaluation rewards, and position responsibilities. CONTRACTOR shall ensure that any hospital it utilizes is fully licensed and is accredited by the Joint Commission on the Accreditation of Healthcare Organizations ("JCAHO"). CONTRACTOR shall enter into written agreements with hospitals, physicians and other providers of care for purposes of providing the services set forth under this Agreement. Copies of such agreements shall be provided to the SHERIFF. Nothing in this Section shall be deemed or construed to modify or waive CONTRACTOR's obligation to indemnify SHERIFF.

CONTRACTOR shall be fully responsible for all acts and omissions of its subcontractors and of persons directly or indirectly employed by its subcontractors to the same extent that

CONTRACTOR is responsible for the acts and omissions of persons directly employed by it. Nothing in this Agreement shall create any contractual relationship between any subcontractor and SHERIFF or any obligation on the part of SHERIFF to pay or to see the payment of any monies due any subcontractor.

The provisions of this Agreement will apply to any subcontractors and their officers, agents and employees performing services pursuant to this Agreement as if it and they were employees of CONTRACTOR; and CONTRACTOR will not be in any manner thereby discharged from its obligations and liabilities hereunder, but will be liable hereunder for all acts and omissions of any subcontractor, its officers, agents, and employees, as if they were employees of CONTRACTOR.

CONTRACTOR will obligate its subcontractors to the same terms and conditions as set forth herein.   Prior to providing services under this Agreement, subcontractors must provide SHERIFF with a Certificate of Insurance meeting the terms and conditions set forth in Article XI

## H.   REMOVAL OF STAFF, SUBCONTRACTORS, OR INDEPENDENT CONTRACTORS

The SHERIFF may by written notice to CONTRACTOR prohibit any of CONTRACTOR's staff and subcontractors from performing services at any of the Facilities.

## I.   NO RETALIATORY ACTION

CONTRACTOR shall not take any retaliatory action against any of its employees or subcontractors because an employee or subcontractor has made a good faith effort to comply or to ensure compliance with the provisions of this Agreement.

## J.   BADGES AND/OR VISITOR PASSES

CONTRACTOR shall ensure the return of identification badges and/or visitor passes within five (5) days of the date of an employee's, subcontractor's, independent contractor's or per diem employee's resignation, removal, termination, or re-assignment.

## K.   NO RESTRICTIVE COVENANTS

CONTRACTOR is precluded from entering into restrictive covenants or covenants not to compete with any other person or entity.  The SHERIFF shall not be held financially responsible for the employment or contracting with any of CONTRACTOR's employees or independent contractors at the conclusion of this Agreement.

## L.   NO LIMITATIONS ON CARE

CONTRACTOR shall not enter into agreements with any person or entity which provide

incentives, payments or monetary awards for limiting the level of care or the availability of care to Inmates.

**ARTICLE V**
**MEDICAL RECORDS**

**A.   MEDICAL RECORDS**

CONTRACTOR will maintain a medical record for each Inmate who has received health care services. The medical record will be maintained pursuant to applicable law and Governing Standards and will be kept separate from the Inmate's confinement record. A complete copy of the applicable medical record will be available to accompany any Inmate who is transferred from one Facility to another Facility. CONTRACTOR will prepare a transfer sheet and summary to accompany an Inmate who is transferred to an outside Facility or to another location for off-site services. Medical records will be kept confidential, and CONTRACTOR will follow the SHERIFF's policy with regard to access by Inmates and Facility staff to medical records, subject to applicable law regarding confidentiality of such records. The SHERIFF's IHSAC or designee shall have access to all medical records during the term of this Agreement. No information contained in the medical records will be released by CONTRACTOR except as provided by the CONTRACTOR's policy, by court order, or otherwise in accordance with applicable law. Upon expiration or termination of this Agreement, all such records shall thereupon become and remain property of the SHERIFF; provided, however, CONTRACTOR shall have reasonable access to such records (now and after this Agreement ends, provided the confidentiality, indemnity and insurance provisions continue to apply after the Agreement ends) when necessary to enable it to properly prepare for litigation or anticipated litigation brought or threatened by third persons in connection with services rendered during the term hereof. CONTRACTOR is aware of the requirements of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). CONTRACTOR agrees that where required by law it will execute necessary Business Associate Agreements with any of its third party providers, e.g., hospitals. In the event CONTRACTOR determines it is necessary to bill third party providers, the parties will meet to execute an amendment to this Agreement and to determine how CONTRACTOR would comply with its responsibilities as a covered entity.

**B.   CONTENT OF RECORD**

CONTRACTOR shall ensure that each medical encounter utilizes the Problem Oriented Medical Record (POMR) in the Subjective, Objective, Assessment Plan Education ("SOAPE") format. Each entry or note shall include the date, time, signature and title of each person making entries in the medical record. CONTRACTOR shall ensure that all health care staff utilize a name stamp and/or print their name and title when making entries in the medical record. The CONTRACTOR shall ensure that the medical record is complete, accurate, well documented, timely, and justifies the treatment rendered. The medical record

shall include, but is not limited to, the following items:

a)   Intake medical screening form;
b)   Health appraisal form;
c)   Physician order/treatment plans;
d)   Documentation of whether or not prescribed medications were administered, and the date, time and signature of the person who administered the medications;
e)   Complaints of illness or injury;
f)   Findings, diagnoses, treatments and dispositions;
g)   Health service reports;
h)   Consent and refusal forms;
i)   Release of information forms;
j)   Inmate medical request forms;
k)   Laboratory, radiology and diagnostic studies; and
l)   Consultation, emergency room and hospital reports and discharge summaries.

**C.**   CONTRACTOR will request prior treatment records as may be necessary and records from previous incarcerations. CONTRACTOR shall ensure that a medical and/or mental health treatment plan is developed for each Inmate requiring on-going care. The treatment plan shall include a written statement specifying the particular course of therapy and the roles of medical and non-medical personnel in carrying out the course of therapy. It shall be individualized and based on an assessment of the Inmate's needs and short and long term goals and the methods by which the goals shall be pursued. When clinically indicated, the treatment plan will provide Inmates with access to a range of supportive and rehabilitative services (e.g., individuals or group counseling and/or self-help groups) that the physician deems appropriate. Treatment plans will be reviewed on a regular basis and revised as clinically indicated. The medical record shall also include documentation of:

a)   The physician or designee's notes when the Inmate returns from outside facilities, hospital stays, or clinic visits;
b)   The results of tuberculosis screening;
c)   The necessary reviews, medical examinations, medical summaries, or certifications for intra-system or inter-system transfers, food handling and Inmate work clearances;
d)   Medical summaries shall be prepared and sent with Inmates being transferred to facilities not operated by the SHERIFF; and
e)   Documentation necessary to comply with state and federal laws, policies of the SHERIFF, and Governing Standards.

**D.**   CONTRACTOR shall adhere to applicable informed consent laws. The confidentiality of medical records will be assured. For patient confidentiality reasons, access to medical records will be governed by CONTRACTOR. Data necessary for the classification, security and control of Inmates will be provided to the appropriate SHERIFF's personnel. Medical records will be made available to SHERIFF's personnel when required to defend any cause of action by any Inmate against the SHERIFF or as otherwise required by this Agreement.

**E.**   Inactive medical records will be maintained in accordance with the laws of the State of

Florida and Governing Standards.

F.   If an Inmate's medical record cannot be located within eight (8) hours of the discovered loss, the SHERIFF's Designee shall be notified via e-mail within twenty-four (24) hours and a duplicate record shall be immediately generated. Any clearance information that cannot be verified shall be repeated. If a missing record is located after a duplicate file has been created, the two files shall be joined to form one file.

G.   CONTRACTOR shall provide name stamps for all employees signing medical records to assure the determination of record signatures.

## ARTICLE VI
## TERM AND TERMINATION

### A.   AGREEMENT TERM

This Agreement will be effective at 12:01 a.m on the 4th day of December 2009 for a period of one (1) year   The parties may agree to extend this Agreement upon written mutual agreement of the parties.

### B.   TERMINATION

This Agreement may be terminated upon the following events:

1.   *Termination by Mutual Agreement*.  In the event the parties mutually agree in writing, this Agreement may be terminated on the terms and dates stipulated therein.

2.   *Termination Without Cause*.   Either party shall have the right to terminate this Agreement without cause by providing the other party with one hundred twenty (120) calendar days written notice via certified mail, return receipt requested, overnight courier with proof of delivery, or via hand delivery with proof of delivery.

3.   *Termination for Cause.*

    i.   If any regulatory or accrediting organization finds a material deficiency, e.g., breach of mandatory medical standards, and CONTRACTOR fails to rectify the deficiency or implement the corrective action plan within thirty (30) days from the date of the receipt of notice of the deficiency, then SHERIFF, in his sole discretion, may terminate this Agreement.

    ii.   In the event of a material breach, either party may provide the other party with written notice of the material breach. The other party shall have thirty (30) days from the date of its receipt of such notification to cure such material breach. If the material breach is not cured within that time period, the non-breaching party may terminate this immediately. Material breaches

29

shall include but are not limited to, violations of Governing Standards, state or federal laws, the SHERIFF's policies and procedures, or the terms and conditions of this Agreement.

4. *Termination for Lack of Funds*.  In the event the funds to finance this become unavailable or are not allocated by Broward County, the SHERIFF may provide CONTRACTOR with thirty (30) days written notice of termination.  Nothing in this provision shall be deemed or construed to prevent the parties from negotiating a new agreement in this event.

5. *Immediate Termination by the SHERIFF*.  The SHERIFF, in his discretion, may terminate this Agreement immediately upon the occurrence of any of the following events:

   a)   CONTRACTOR's violation of the Public Records Act;
   b)   The insolvency, bankruptcy or receivership of CONTRACTOR;
   c)   CONTRACTOR's violation or non-compliance with Article VIII of this Contract;
   d)   CONTRACTOR fails to maintain insurance in accordance with Article XI of this Agreement; or
   e)   CONTRACTOR violates any federal, state or local law, rule, regulation or code.

SHERIFF shall pay CONTRACTOR for services rendered up to the time of termination.

C.   Upon termination of this Agreement for any reason, including expiration, CONTRACTOR shall place no further orders or enter into subcontracts for materials or services unless it is necessary for the delivery of medical services.  Copies of any orders or subcontracts shall be given to theSheriff or designee.  CONTRACTOR shall satisfy all of its debts and obligations incurred at all of the Facilities arising under this Contractor during the term of this Agreement.  CONTRACTOR shall allow its non-physician personnel and independent contractors to interview with the successor contractor for positions with the successor contractor.

D.   Neither the expected termination nor the expiration of this Agreement shall relieve CONTRACTOR, its employees and independent contractors from their contractual duty and ethical obligation to provide or arrange for services under this Agreement until the date of termination.

E.   Notwithstanding any other provision of this Agreement, the CONTRACTOR's duty to insure, indemnify and defend the SHERIFF as set forth in Article XI and XII of this Agreement shall survive the termination or expiration of this Agreement.


### ARTICLE VII
### COMPENSATION


30

## A.   BASE COMPENSATION

In consideration of the CONTRACTOR providing the services contemplated herein, SHERIFF shall pay CONTRACTOR the base annual compensation as set forth below. The base annual compensation will be adjusted in the event the average daily number of inmates for any month is outside the range of 4600 to and including 5100 inmates. (hereinafter referred to as the "Acceptable Range of Inmates"). If the average daily number of inmates for any month exceeds the Acceptable Range of Inmates, SHERIFF shall pay CONTRACTOR a per diem, per Inmate rate for the number of Inmates that exceed the Acceptable Range of Inmates. If the average daily number of inmates for any month is less than the Acceptable Range of Inmates, SHERIFF shall receive a credit on the following month's invoice. The credit will be equal to the difference between the Acceptable Range of Inmates and the average daily number of inmates for the particular month multiplied by the per diem, per Inmate rate multiplied by the number of calendar days in the month. The annual compensation and the per diem for the one year term of this Agreement (Dec. 1 to Nov. 30) are set forth as follows:

| Year | Base Annual Compensation | Per Diem |
|------|--------------------------|----------|
| 12/09 – 11/10 | **$ $25,163,410** | **$ 4.58** |

The number of Inmates for a month will be calculated by adding each daily count for the month and dividing the resulting sum by the number of days in that month.

## B.  MONTHLY COMPENSATION

The monthly compensation shall be billed in two installments. On the 15th day of every month, CONTRACTOR shall submit the first monthly invoice to SHERIFF for one-twenty fourth (1/24) of the base compensation for the applicable year. SHERIFF will pay this invoice as is.

The second monthly invoice will be billed by CONTRACTOR to SHERIFF by the tenth (10th) day of the month following the provision of services. It shall be calculated by utilizing one twenty-fourth (1/24th) of the base compensation and adjusting the base compensation by any per diem charges or credits as determined in accordance with the preceding provisions under the heading "Base Compensation" Detailed additions will be made for hepatitis B vaccinations and suicide observations.

All adjustments, staffing reconciliations, and liquidated damages will appear on the second monthly invoice. The SHERIFF will render payment to CONTRACTOR within no less than thirty (30) days of SHERIFF's receipt of an acceptable, accurate and complete monthly invoice.

For example, if in February 2010, the average daily number of inmates for the month is calculated as 5300. On February 15, CONTRACTOR will submit an invoice to SHERIFF for one twenty-fourth (1/24) of the base or$1,048,475.40. By no later than March 10, 2010, CONTRACTOR shall submit its second monthly invoice to SHERIFF in the amount of one twenty-fourth (1/24th) of the base compensation plus the per diem adjustments. The average daily number of inmates is 5,300, which exceed the Acceptable Range of Inmates (4,600 to and including 5,100) by 200. The total per diem charge for the month equals $25,648 ($4.58x200x28). The total monthly compensation would be $1,048,475 (1/24th of the base) plus the $25,648 per diem for inmates over 5100 for a total sum of $1,074,123.40

For example, if in March 2010, the average daily number of inmates is calculated to be 4,200 In the April 10th invoice, the SHERIFF will receive a credit for the per diem amount. The average daily number of inmates (4,200) is less than the Acceptable Range of Inmates (4,600 to and including 5,100) by 400. The total March 2010 credit equals $56,792.00 (, ($4.58x400x31)which will be credited to the April invoice.

CONTRACTOR will utilize the increased amount of compensation from the per diem to cover the additional cost of medical supplies and to pay for increased staffing levels that are required to care for a larger Inmate population. The SHERIFF's payment of any invoice shall not preclude the SHERIFF from making a subsequent determination that it is seeking an adjustment or liquidated damages from CONTRACTOR.

For purposes of this Agreement, the Inmate count at 1700 hours time frame shall exclude those Inmates who are booked in absentia, Inmates in non-Sheriff facilities, and Pre- and Post- Magistrate Inmates on the second floor of the Main Jail.

**B.**    **ADDITIONAL COMPENSATION**

1.    CONTRACTOR shall provide hepatitis B vaccines to SHERIFF's new hires during the orientation process and shall offer hepatitis B vaccines to SHERIFF's employees. CONTRACTOR shall receive payment for providing hepatitis B vaccines and PPD testing to SHERIFF's employees by invoicing SHERIFF on a monthly basis within fifteen (15) days following the conclusion of the calendar month in which services were performed. CONTRACTOR's detailed invoices shall list the number of hepatitis vaccines and PPD testing provided, and these will be billed to the SHERIFF at CONTRACTOR's actual cost. Each vaccine will be billed after the individual shot is administered. SHERIFF may opt to procure the hepatitis B vaccine and PPD tests, and CONTRACTOR will administer them at no charge.

2.    CONTRACTOR shall be paid fifteen ($20.00) dollars per hour for each hour of constant observation provided by appropriately trained personnel for Inmates on suicide watch after notification to the SHERIFF's IHSAC or designee.

## C.    <u>LIQUIDATED DAMAGES</u>

The parties recognize and agree that certain events may cause SHERIFF to suffer losses or damages that are by their nature uncertain and difficult to prove. Accordingly, the parties agree that certain breaches of the Agreement will cause the CONTRACTOR to pay liquidated, stated or stipulated damages without any proof of the actual damage resulting from the breach. In no event shall these liquidated, stated or stipulated damages be construed or deemed to constitute penalties.

The parties agree that liquidated damages will be calculated monthly and subtracted from the total monthly compensation due for a particular month. A failure to deduct liquidated damages for the applicable month shall not preclude the SHERIFF from later deducting the liquidated damages from a subsequent month's invoice. The last payment due to CONTRACTOR under this Agreement shall be withheld until CONTRACTOR and SHERIFF determine the final reconciliation.

Staffing level adjustments will not be assessed for the Period of December 01, 2009 thru January 01, 2010

<u><em>Staffing Level Adjustments</em></u>.

        *a.*    Staffing Levels. On a monthly basis, CONTRACTOR shall maintain no less than 95% of total contracted FTE's (i.e., not by position, as this allows flexibility to adjust staffing to meet the needs of a fluid system). Should CONTRACTOR fail to maintain the above 95%, CONTRACTOR shall reimburse SHERIFF at an amount equal to the number of total unfilled hours for all positions under this Agreement for the applicable month that are below the 95% threshold multiplied by the average wage multiplied by 1.2 for off-site satellite hours and 1.5 for all other hours.. The SHERIFF shall not be responsible for the payment of any sick, vacation or other leave time relating to any of CONTRACTOR's employees.

        CONTRACTOR shall submit daily staffing rosters for each facility, depicting each position to SHERIFF on a daily basis. (A monthly review of appropriate staffing levels will be performed by both parties-those levels that are found to be under the 95% levels will be penalized based on the deficient staff positions. With a corrective action plan submitted to ensure that the staffing shortages do not become systemic. An offset of staffing withholds will be considered by the Sheriff in relation to confirmed overstaffing of positions-on a monthly basis-not ongoing or cumulative)

<u>*Performance Level Adjustments*</u>. Deficiencies in performance based on CONTRACTOR's failure to maintain the expected program level will result in liquidated damages.

33

a.    Performance level adjustments may be made for unsatisfactory service based on a flat fee per day provided the SHERIFF has given the CONTRACTOR ten (10) days written notice that the level of services being provided by CONTRACTOR is unsatisfactory and has provided, in writing, specific details describing the deficiencies. In the event CONTRACTOR has not corrected such deficiencies or developed and/or implemented a mutually acceptable corrective action plan within the ten (10) day period, the SHERIFF shall be entitled to liquidated damages in the amount of $1,000 per day commencing with the date of the SHERIFF's notice to CONTRACTOR.

b.    Quality Improvement Liquidated Damages. Liquidated damages may be assessed for each of the following areas required by Governing Standards:

i.    Each year the Quality Improvement Committee shall determine one process study and one outcome study to be conducted by CONTRACTOR at time frames and with deliverables established by the Quality Improvement Committee. If CONTRACTOR fails to timely submit the deliverables for either study to SHERIFF's IHSAC or designee, CONTRACTOR shall pay SHERIFF liquidated damages of $5,000 for each study that is late.

ii.   CONTRACTOR shall require an outside consultant to perform peer review during each year of this Agreement (Dec. 1 – Nov. 30). In the event CONTRACTOR fails to arrange for the annual peer review, CONTRACTOR shall pay SHERIFF liquidated damages of $5,000 for the annual peer review

iii.  CONTRACTOR shall conduct a mortality review on any inmate's death within thirty (30) days of the Inmate's death. Such review shall include a review of the Medical Examiner's findings. If the mortality review is not conducted timely, CONTRACTOR shall pay SHERIFF liquidated damages of $1000 per case. Nothing in this section shall be deemed or construed to impose liquidated damages in the event the Medical Examiner's findings are not available and the mortality review is completed without those findings.

c.    Failure of CONTRACTOR to comply with the performance requirements in this Agreement shall cause liquidated damages to be assessed against CONTRACTOR and deducted from the next monthly payment:

i.    If the monthly Statistical report (Article III, Section B.3) is not submitted to the SHERIFF's Designee by the 10th of the following month, CONTRACTOR shall pay liquidated damages of $1,000.

ii.   In the event that a quarterly audit conducted by SHERIFF'S Personnel of

34

a sample of medical records (five percent (5%) of a facility's inmate population) for a particular month determines that more than five per cent (5%) of the records contain telephone and/or verbal orders by a physician that were not countersigned within seventy-two (72) hours by the physician, CONTRACTOR may be required, in the sole discretion of the SHERIFF or Designee, to pay liquidated damages of $5,000 for that quarter per facility.

In the Event that the Inmates Fourteen (14) day history and physical was not performed within the fourteen (14) day period, the CONTRACTOR may be required, in the sole discretion of the SHERIFF or Designee, to pay liquidated damages of $250 for each day that each history and physical is late, unless the history and physical was not conducted due to reasons outside the CONTRACTOR's control such as hospitalization, or inmates absence from the Housing areas(such as documented court appearances or outside loans)

iv.     In the event that an Inmate is identified at medical screening as symptomatic and the Inmate is not evaluated timely, including but not limited to the evaluation of Symptomatic Inmates under Article III, Section K, then CONTRACTOR may be required, in the sole discretion of the SHERIFF or Designee, to pay a $1,000 penalty per Inmate.

v.      In the event that a ~~quarterly~~ audit conducted by both parties of a sample of medical records [five percent (5%) of a facility's Inmate population] for a particular month determines that in more than five percent (5%) of the medical records, more than one medical issue or problem for an Inmate was identified but that CONTRACTOR did not address all of the medical issues or problems, then CONTRACTOR shall pay the SHERIFF liquidated damages of $1,000 per Inmate.

vi.     In the event that CONTRACTOR does not pass the State of Florida annual pharmacy audit, CONTRACTOR shall immediately remedy the violation and pay SHERIFF liquidated damages of $10,000.  Upon CONTRACTOR remedying the violation, CONTRACTOR shall timely notify the SHERIFF'S Contract Administrator that the violation has been remedied.

vii.    In the event CONTRACTOR does not submit credentialing spreadsheets showing all licensure and CPR status by the 10th of the following month, CONTRACTOR may be required, in the sole discretion of the SHERIFF or designee, to pay SHERIFF liquidated damages of $1,000 for each day that said report is late.

viii.   In the event CONTRACTOR does not submit 80% of requested accreditation documentation by the 10th of the month following each quarter, CONTRACTOR may be required, in the sole discretion of the SHERIFF or Designee, to pay SHERIFF liquidated damages of $5,000.

1.   *Court Appearances*.  In the event CONTRACTOR receives notification and fails to

provide the SHERIFF'S Office of the General Counsel or the IHSAC with notice of any court appearances as set forth in Article III, Section B.9, CONTRACTOR shall pay SHERIFF $1,000 in liquidated damages per hearing.

4.    In the event accreditation from the NCCHC, ACA or FCAC is canceled for failure on the part of CONTRACTOR to comply with Governing Standards, CONTRACTOR will have ninety (90) calendar days to cure the deficiency. If the deficiency is not cured within ninety (90) calendar days, liquidated damages of $100,000 will be payable to the SHERIFF by CONTRACTOR and SHERIFF shall have the right to terminate this Agreement upon providing written notice to CONTRACTOR.

After the first two deficiencies for each of the above performance requirements, the liquidated damages amount for that performance requirement will be increase by twenty five percent (25%) for each subsequent deficiency.

## D.    PAYMENT

If any of the insurance policies required under Article XI below lapse during the term of this Agreement or any extension or renewal of the same, CONTRACTOR shall not receive payment from the Sheriff until such time that the Sheriff has received satisfactory evidence of reinstated coverage of the types and coverages specified in Article XI that is effective as of the lapse date. If the required insurance lapses, then the Sheriff, in his sole discretion, may terminate the Agreement immediately and no further payments shall be due to Contractor. SHERIFF shall pay CONTRACTOR for services rendered prior to the date of termination.

## E.    " INJURIES"

"Off the Street Injuries" shall mean those injuries incurred or occasioned by an individual prior to the individual being committed to the custody of the SHERIFF which, in the opinion of CONTRACTOR, constitutes serious injuries requiring hospitalization. Payment for medical care for "off the street injuries" shall be in compliance with Florida Statutes section 901.35. CONTRACTOR will not be responsible for major injuries to individuals caused by a non-SHERIFF municipality during or at the time of arrest requiring hospitalization of the individual prior to acceptance into the jail. However, CONTRACTOR shall be responsible for monitoring the care of the individual during hospitalization and for the care and treatment of the individual suffering from an "off the street injury" after the individual has been officially booked and processed by SHERIFF and received into Facilities.

## F.    INMATES OUTSIDE THE FACILITIES

1.    CONTRACTOR's health care services are intended only for those Inmates who are committed to the custody and control of SHERIFF, including but not limited to, Inmates in receiving facilities and outside hospitals, Inmates attending court hearings, inmate workers and work unit Inmates, and inmates who sleep in a Facility each night. Such inmates will be included in the daily population count.

36

CONTRACTOR will be responsible for the cost associated with the treatment of any Inmate by an outside facility or facilities up to a total cost to the outside facility or facilities of fifty thousand dollars ($50,000) per inmate, per occurrence, injury or illness per incarceration.

2.     The daily population count shall exclude Inmates on any sort of temporary release or furlough, Inmates on any in-house restriction by any type of electrical or telecommunication device, Inmates on escape status where such an escape activity has ventured beyond the perimeters of a SHERIFF's facility, Inmates on pass, parole or supervised custody who do not sleep in the jail at night, Inmates on loan and in the custody of other police or penal institutions, and Inmates excluded from the count under the terms of this Agreement. CONTRACTOR is not responsible to furnish or pay for health care services for such Inmates while they are outside the Facility and excluded from the daily count. However, if the Inmate is returned to custody, CONTRACTOR agrees to render on-site medical services to Inmates.

## G.    **CATASTROPHIC LIMITS**

Cost of Medical Treatment and Care

CONTRACTOR shall be responsible for the cost of all medical treatment and care for Inmates provided at SHERIFF's detention facilities or at outside health care facilities, with the exception of certain costs to outside health care facilities and costs for the treatment and care of hemophiliac patients, each of which is described as follows:

a.     CONTRACTOR shall be responsible for the cost of all medical treatment and care by an outside facility or facilities up to fifty thousand dollars ($50,000.00) per Inmate per any occurrence, injury or illness, per incarceration. CONTRACTOR shall not be responsible for health care costs related to the medical treatment and care of any inmate by an outside facility or facilities, which exceed a cumulative total of fifty thousand dollars ($50,000.00) for any Inmate per any occurrence, injury or illness, per incarceration.

b.     CONTRACTOR shall not be financially responsible for health care costs of any Inmate specifically related to an Inmate's hemophiliac condition (i.e. blood products, pharmacy needs) which exceeds a cumulative total of fifty thousand dollars ($50,000.00) for such hemophiliac condition, inclusive of the cost of health care provided at outside facilities and the cost of CONTRACTOR's on-site treatment and care related to such hemophiliac condition.

## ARTICLE VIII
## NONDISCRIMINATION

CONTRACTOR shall not discriminate against any client, employee or applicant for employment because of age, race, creed, color, religion, sex, national origin, disability, marital status, or sexual orientation. CONTRACTOR shall take affirmative action to ensure that Inmates, applicants, subcontractors, and employees are treated without discrimination in regard to their age, race, creed, color, religion, sex, national origin, disability, marital status, or sexual orientation. CONTRACTOR shall comply with all applicable sections of the Americans with Disabilities Act. The CONTRACTOR agrees that compliance with this Article constitutes a material condition to this Contract, and that it is binding upon the CONTRACTOR, its successors, transferees, and assignees for the period during which services are provided. The CONTRACTOR further assures that all will require its subcontractors to comply with this Section. CONTRACTOR will notify SHERIFF if CONTRACTOR learns of any violations to this Section.

## ARTICLE IX
## RENEGOTIATION

A.    In the event federal or state laws or Governing Standards change in such a manner that the provision of services under this Agreement is substantially affected or in the event the SHERIFF substantially changes the scope of services under this Agreement by adding a new product line or treatment protocol for a disease, the parties shall, in good faith, discuss such changes to determine if the Agreement may need to be modified. Either party may then give the other party notice of intent to renegotiate the Agreement.

B.    CONTRACTOR agrees to notify SHERIFF within fifteen (15) days of the occurrence of one of the following: (1) thirty percent (30%) or more of CONTRACTOR's stock is sold, or (2) CONTRACTOR enters into an agreement to sell all or a part of its operations to another person or entity.

## ARTICLE X
## NOTICE

All notices or other communications required or permitted to be given under this Agreement shall be in writing and shall be deemed to have been duly given if delivered personally in hand, overnight delivery with proof of delivery, or mailed via certified mail, return receipt requested, postage prepaid on the date posted, and addressed to the appropriate party at the following address or such other address as may be given in writing to the parties:

TO CONTRACTOR:

Mr. Bruce Teal
Chief Executive Officer
Armor Correctional Health Services, Inc.

4960 S.W. 72nd Ave, Suite 400
Miami, FL  33055
Phone:  (305) 662-8522

With copy to:

Ken Palombo
 Chief Operating Officer
Armor Correctional Health Services, Inc.
4960 S.W. 72nd Ave, Suite 400
Miami, FL  33055
Phone:  (305) 662-8522


TO SHERIFF:

Al Lamberti
Sheriff of Broward County
Public Safety Building
2601 West Broward Boulevard
Ft. Lauderdale, FL 33312

With Copies To:

Director of Department of Detention
Broward County Sheriff's Office
555 S.E. 1st Avenue
Fort Lauderdale, FL 33301
        and
General Counsel

Office of the General Counsel
Broward Sheriff's Office
2601 West Broward Boulevard
Fort Lauderdale, FL 33312


## ARTICLE XI
## INSURANCE

A.   Throughout the term of this Agreement and for all applicable statutes of limitations periods, CONTRACTOR shall maintain in full force and effect the insurance coverages set forth in this Article XI.

B.   All insurance policies shall be issued by companies that (1) are authorized to do business in the State of Florida, and (2) have a Best's rating of A-VI or better.

C.   Except for workers' compensation, employer's liability, and professional liability insurance, all insurance policies shall name the following as additional insureds: the Broward Sheriff's Office, BSO, the SHERIFF, Broward County, the Board of Commissioners of Broward County, and their officers, agents, employees and commission members.

D.   All insurance policies shall name and endorse the following as additional insureds: the Broward County Sheriff's Office, BSO, the Sheriff, Broward County, the Board of Commissioners of Broward County and their officers, agents, employees and commission members with a CG026 Additional Insured – Designated Person or Organization endorsement, or similar endorsement to the liability policies.

E.   All insurance policies shall be specific to the services provided to the SHERIFF arising out of or under the terms of this Agreement and shall be on either an occurrence basis or on a claims made basis with the tail coverage as set forth in paragraph H below and shall be endorsed to provide that (1) CONTRACTOR's insurance is primary to any other insurance available to the additional insureds with respect to claims covered under the policy and (2) CONTRACTOR's insurance applies separately to each insured against whom claims are made or suit is brought and that the inclusion of more than one insured shall not operate to increase the insurer's limit of liability. CONTRACTOR shall carry the following minimum types of insurance:

1.   <u>Workers' Compensation</u>. CONTRACTOR shall carry Worker's Compensation insurance with the statutory limits which shall include Employers' Liability insurance with a limit of not less than $500,000 for each accident, $500,000 for each disease, and $500,000 for aggregate disease. Policies must be endorsed with waiver of subrogation against BSO and Broward County.

2.   <u>Comprehensive General Liability Insurance</u>. CONTRACTOR shall carry Comprehensive General Liability Insurance with limits of not less than One Million ($1,000,000) Dollars per occurrence and an annual aggregate of not less than Three Million ($3,000,000) dollars combined single limit for Bodily Injury and Property Damage. The insurance policy must include coverage that is not more restrictive than the latest edition of the Comprehensive General Liability Policy, without restrictive endorsements, as filed by the Insurance Services Offices, and the policy must include coverages for premises and/or operations, independent contractors, products and/or completed operations for contracts, contractual liability, broad form contractual coverage, broad form property damage, products, completed operations, and personal injury. Personal injury coverage shall include coverage that has the Employee and Contractual Exclusions removed.

3.   <u>Professional Liability Insurance</u>. CONTRACTOR shall carry Professional Liability coverage for it, each of its employed physicians, and its employees that has a per occurrence limit of not less than One Million ($1,000,000) dollars per claim, and an annual aggregate limit of not less than Three Million ($3,000,000) dollars. CONTRACTOR shall  require its subcontractors and independent contractors to

carry these same levels of professional liability insurance or the levels required by state statute CONTRACTOR shall require its insurance carrier to notify SHERIFF's Risk Manager if the reserves against the aggregate reaches Two Million ($2,000,000). Upon such notification, SHERIFF shall have the right to require CONTRACTOR to obtain additional coverage acceptable to SHERIFF at CONTRACTOR's expense.

4. <u>Business Automobile Liability Insurance</u>. CONTRACTOR shall carry Business Automobile Liability insurance with minimum limits of one million ($1,000,000) dollars per occurrence, combined single limit Bodily Injury Liability and Property Damage. The policy must be no more restrictive than the latest edition of the Business Automobile Liability policy without restrictive endorsements, as filed by the Insurance Services Office, and must include owned vehicles and hired and non-owned vehicles.

F. CONTRACTOR shall provide Sheriff's Director of Risk Management and Sheriff's Contract Manager with a copy of the Certificate of Insurance or endorsements evidencing the types of insurance and coverages required by this Article prior to beginning the performance of work under this Contract, and, at any time thereafter, upon request by the SHERIFF.

G. CONTRACTOR's insurance policies will not be canceled, non-renewed, restricted, reduced in coverages or limits, or otherwise materially altered without providing SHERIFF at least thirty (30) days prior written notice. Notice shall be sent to:

| Broward Sheriff's Office | and | Broward Sheriff's Office |
|---|---|---|
| Attn.: Director, Risk Management | | Contract/Lease Manager |
| 2601 West Broward Boulevard | | 2601 West Broward Boulevard |
| Fort Lauderdale, Florida 33312 | | Fort Lauderdale, Florida 33312 |

H. If CONTRACTOR's insurance policy is a claims made policy, then CONTRACTOR shall maintain such insurance coverage for a period of five years after the expiration or termination of the Agreement or any extensions or renewals of the Agreement. Applicable coverages may be met by keeping the policies in force, or by obtaining an extension of coverage commonly known as a reporting endorsement or tail coverage.

I. If any of CONTRACTOR's insurance policies includes a general aggregate limit and provides that claims investigation or legal defense costs are included in the general aggregate limit, the general aggregate limit that is required shall be not less than Three Million ($3,000,000) dollars.

J. The provisions of this Article shall survive the expiration or termination of this Agreement.

## **ARTICLE XII**
## **INDEMNIFICATION**

41

A.     CONTRACTOR shall, at all times hereafter, indemnify, hold harmless and defend the Broward Sheriff's Office, the SHERIFF, Broward County, the Board of Commissioners of Broward County, and their officers, agents, employees and commission members from and against any and all claims, suits, actions, demands, causes of actions of any kind or nature, including all costs, expenses and attorneys fees, arising out of the negligent or wrongful act or omission of CONTRACTOR, its officers, agents, employees, servants, independent contractors or subcontractors. The Counsel selected by CONTRACTOR to defend the SHERIFF shall be subject to the SHERIFF's prior written approval, which will not be unreasonably withheld.

B.     CONTRACTOR shall inform Sheriff in advance of planned actions and/or conduct related to CONTRACTOR's handling of any such action or claim. SHERIFF shall inform CONTRACTOR of any known restrictions, defenses or limitations which may arise or exist by reason of SHERIFF being a governmental entity.

C.     SHERIFF shall not be liable for and CONTRACTOR agrees to indemnify SHERIFF against any liability resulting from illness, of any kind whatsoever, to CONTRACTOR's employees, agents, representatives, designees, subcontractors, or servants during the performance of the services, duties, and responsibilities contemplated herein. Except for injuries caused by the acts or omissions of SHERIFF or his employees, SHERIFF shall not be liable for and CONTRACTOR agrees to indemnify SHERFF against any liability resulting from injury, of any kind whatsoever, to CONTRACTOR's employees, agents, representatives, designees, subcontractors, or servants during the performance of the services, duties, and responsibilities contemplated herein.

D.     The above indemnifications provisions shall survive the expiration or termination of this Agreement.

## ARTICLE XIII
## EMPLOYMENT RESPONSIBILITY

A.     Any employees utilized by CONTRACTOR to fulfill the terms and conditions of this Agreement shall be deemed employees of CONTRACTOR, not of SHERIFF.

B.     Accordingly, CONTRACTOR shall be responsible for assuming the cost of contributions to pension funds, insurance premiums, workers compensation funds (Chapter 440, Florida Statutes), or other recognized employee fringe benefits.

C.     CONTRACTOR shall bear all responsibility for the payment of any federal, state or local taxes and fees, if applicable. It is understood by both parties that SHERIFF will not, in any manner, be responsible for the aforementioned taxes or fees. CONTRACTOR shall be responsible for the payment and deposit of all payroll taxes associated with any employee providing services pursuant to this Agreement.

## ARTICLE XIV
## CONFIDENTIALITY

To the extent permitted by law, each party shall not at any time, in any manner, either directly or indirectly, communicate to any person, firm, corporation or other entity any information of any kind concerning any matter affecting or relating to the business of the other party, including, but not limited to, its manner of operation, its plans, computer systems, processes or other data of any kind, nature or description. The parties stipulating that as between them, the aforementioned matters are important, material and confidential and gravely affect the effective and successful conduct of the business of the parties, and its goodwill, and that any breach of the terms of this paragraph is a material breach of this Agreement. Each party acknowledge that a breach of this confidentiality will cause irreparable injury to the other party, that the remedy at law for any such violation or threatened violation will not be adequate and that the non breaching party shall be entitled to temporary and permanent injunctive relief.

## ARTICLE XV
## PUBLIC ENTITY CRIMES ACT

In accordance with the Public Entity Crimes Act (Section 287.133, Florida Statutes) a person or affiliate who has been placed on the convicted vendor list maintained by the State of Florida Department of General Services following a conviction for a public entity crime may not submit a bid on a contract with the SHERIFF, may not be awarded or perform work as a CONTRACTOR, supplier, or subcontractors, under a contract with the SHERIFF, and may not conduct business with the SHERIFF for a period of thirty six (36) months from the date of being placed on the convicted vendor list. Violation of this section by CONTRACTOR shall result in termination of this Agreement and may cause CONTRACTOR debarment.

## ARTICLE XVI
## DRUG-FREE WORKPLACE

CONTRACTOR shall provide a drug-free workplace program in accordance with applicable laws and in accordance with the Drug Free Workplace Certification attached as Exhibit "D" and incorporated herein.

## ARTICLE XVII
## INVOLVEMENT IN COMMUNITY BETTERMENT

A.     SHERIFF is committed to ensuring equal opportunity in, and equal access for vendors regardless of age, race, creed, color, religion, sex, national origin, disability, marital status, or sexual orientation.

B.     SHERIFF requires CONTRACTOR to show a good faith effort to purchase goods, services and materials from minority and women owned vendor supplies and subcontractors. CONTRACTOR is encouraged to partner with the SHERIFF in reinvestment efforts in the local community by displaying community involvement and developing a community

43

involvement reinvestment policy.

## ARTICLE XVIII
## GENERAL PROVISIONS

### A.   INDEPENDENT CONTRACTOR STATUS

The SHERIFF expressly acknowledges that CONTRACTOR is an "independent contractor", and nothing in this Agreement is intended nor shall be construed to create an agency relationship, an employer/employee relationship, a joint venture relationship, or any other relationship allowing the SHERIFF to exercise control or direction over the manner or method by which CONTRACTOR, its subcontractors or independent contractors perform hereunder. The SHERIFF shall neither have nor exercise any control or direction over the methods by which the CONTRACTOR shall perform its work and functions other than as provided in this Agreement.

### B.   ASSIGNMENT

No assignment of this Agreement or the rights and obligations hereunder by CONTRACTOR shall be valid without the express written consent of the SHERIFF which may be given or withheld in the SHERIFF's sole discretion.

### C.   BROKERING

CONTRACTOR shall not broker this Agreement.

### D.   GOVERNING LAW

This Agreement and the rights and obligations of the parties hereto shall be governed by, and construed according to, the laws of the State of Florida. Venue of any action, case or controversy shall be in Broward County, Florida.

### E.   ENTIRE CONTRACT

This Agreement constitutes the entire agreement of the parties and is intended as a complete and exclusive statement of the promises, representations, negotiations, discussions and agreements that have made in connection with the subject matter hereof. No modification or amendment to this Agreement shall be binding upon the parties unless the same is in writing and signed by the respective parties hereto. This Agreement has been drafted by both the parties and shall not be deemed or construed in favor of one party or the other.

### F.   WAIVER OF BREACH

The waiver by either party of a breach or violation of any provision of this Agreement shall shall not be construed as a modification of this Agreement and shall not operate as, or be

44

construed to be, a waiver of any subsequent breach of the same or any other provision of this Agreement.

**G.    ENFORCEMENT**

In the event either party incurs legal expenses or costs to enforce the terms of this Agreement, the prevailing party shall be entitled to recover the costs of such action so incurred, including, without limitation, reasonable attorney's fees and costs.

**H.    SEVERABILITY**

In the event any provision of this Agreement is held to be unenforceable for any reason, the unenforceability thereof shall not affect the remainder of the Agreement which shall remain in full force and effect and enforceable in accordance with its terms.

**I.    NO THIRD PARTY BENEFICIARIES**

This Agreement is for the benefit of the parties hereto, and is not entered into for the benefit of any other person or entity, including but not limited to Inmates.  Nothing in this Agreement shall be deemed or construed to create or confer any benefit, right or cause of action for any third party or entity.

**J.    FLORIDA'S PUBLIC RECORDS ACT**

CONTRACTOR acknowledges that it is familiar with the provisions of Chapter 119 of the Florida Statutes, known as Florida's Public Records Act.  CONTRACTOR acknowledges that this Agreement and all of the records generated as a result of this Agreement constitute public records and must be produced unless otherwise deemed confidential or privileged by Florida law.

**K.    FUNDING SOURCES**

Both parties acknowledge that performance of this Agreement and payment for medical services to CONTRACTOR pursuant to this Agreement is predicated on the continued annual appropriations by the Board of County Commissioners of Broward County to the SHERIFF of Broward County with specific funds allocated to meet the *medical needs* of the Inmates in the county detention system, and the SHERIFF's ability to perform under this Agreement.

**L.    AUTHORITY TO EXECUTE AGREEMENT**

Each party hereto expressly represents and warrants that the person executing this Agreement on its behalf has full power and authority to do so; and this Agreement is the legal, valid and binding Agreement of each party.

**M.    SOVEREIGN IMMUNITY**

Nothing in this Agreement is intended nor shall it be construed or interpreted to limit, waive or modify the SHERIFF's immunities and limitations on liability provided for in Florida Statutes section 768.28 as now worded or as may hereafter be amended.

**N.**     **PAYMENT OF TAXES**

CONTRACTOR shall be fully and solely responsible for all taxes, licenses, permits, certifications, etc. need to perform services under this Agreement. SHERIFF shall not be responsible for payment of any such items. CONTRACTOR certifies that all state and federal tax exemptions applicable to SHERIFF shall be applied.

**O.**     **HEADINGS**

The headings of this Agreement are inserted for convenience only and are not to be considered in the construction of the provisions of this Agreement and shall not in any way limit the scope or modify the substance or context of any section or paragraph hereof.

**Q.**     **FORCE MAJEURE**

In the event of an act of God, hurricane, tornado, explosions, civil or military authority, acts of public enemy, war, riots, civil disturbances and insurrections, the parties agree as follows:

1.     CONTRACTOR shall not be assessed any liquidated damages under Article VII, Section C during the above events.

2.     In the event the Facilities are damaged or no longer operational from the above events, the parties agree to meet in good faith to negotiate any staffing adjustments or reassignments.

**R.**     **RECORDS**

SHERIFF shall have the right to audit the books, records, and accounts of CONTRACTOR that are related to this Agreement. CONTRACTOR shall keep such books, records, and accounts as may be necessary in order to record complete and correct entries related to the Agreement. All books, records, and accounts of SHERIFF shall be kept in written form, or in a form capable of conversion into written form within a reasonable time and, upon request to do so, CONTRACTOR shall make same available at no cost to SHERIFF in written form.

CONTRACTOR shall preserve and make available, at reasonable times for examination and audit by SHERIFF, all financial records, supporting documents, statistical records, and any other documents pertinent to this Contract for the required retention period of the Florida Public Records Act (Chapter 119, Fla. Stat.), if applicable, or, if the Florida Public Records Act is not applicable, for a minimum period of three (3) years after termination of this Contract. If any audit has been initiated and audit findings have not been resolved at the end

of the retention period or three (3) years, whichever is longer, the books, records, and accounts shall be retained until resolution of the audit findings. If the Florida Public Records Act is determined by SHERIFF to be applicable to CONTRACTOR's records, CONTRACTOR shall comply with all requirements thereof; however, no confidentiality or non-disclosure requirement of either federal or state law shall be violated by CONTRACTOR. Any incomplete or incorrect entry in such books, records, and accounts shall be a basis for SHERIFF's disallowance and recovery of any payment upon such entry.

[Intentionally Left Blank]

AGREEMENT BY AND BETWEEN AL LAMBERTI, SHERIFF OF BROWARD COUNTY, FLORIDA AND ARMOR CORRECTIONAL HEALTH SERVICES, INC.

**WHEREAS**, the parties hereto have set their hands and seals this _____ day of _____ 2009.

**FOR CONTRACTOR:**

**ARMOR CORRECTIONAL HEALTH SERVICES, INC.**

By: _____
Jose Armas, its President

Attest: _____

Date: _12/10/09_____

Federal Employer Identification Number of
_20-1422279_____

**FOR SHERIFF:**

**BROWARD SHERIFF'S OFFICE**

By: _____
Al Lamberti, as Sheriff of Broward County

Date: _12-15-09_____

Approved as to form and legal sufficiency
Subject to execution by the parties:

By: _____
Judith Levine, General Counsel
Office of the General Counsel
Date: _12/15/09_____

Exhibit "A" – Sheriff Owned Equipment
Exhibit "B" – Formulary
Exhibit "C"  - Staffing Patterns
Exhibit "D" – Drug Free Workplace