UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CV-61577-BLOOM/VALLE

CLEANIEL EDWARDS, as personal
representative of the estate of
Raleigh Priester, *et al.*,

    Plaintiffs,

v.

ARMOR CORRECTIONAL HEALTH
SERVICES, INC., *et al.*,

    Defendants.
_____/

**ORDER MEMORIALIZING THE COURT'S RULINGS
DURING THE DISCOVERY HEARING HELD ON JULY 6, 2015**

THIS MATTER is before the Court after a hearing on the following three motions: (1) Plaintiffs' Motion to Compel Responses to Plaintiffs' Second Request for Production to Defendant Armor Correctional Health Services, Inc. ("Armor") (ECF No. 53); (2) Defendant Armor's Motion for Protective Order (ECF No. 55) with respect to Plaintiffs' public records request; and (3) Defendant Armor's Motion for Protective Order (ECF No. 68) with respect to Defendant Armor's corporative representative deposition.  United States District Judge Beth Bloom has referred all discovery disputes to the undersigned for disposition. (ECF No. 18).  The Court has reviewed the briefing on the motions and the applicable law, and held a hearing on July 6, 2015.  This Order memorializes the Court's rulings during the hearing.

Accordingly, for the reasons stated on the record, it is hereby **ORDERED AND ADJUDGED** as follows:

    (1)    Plaintiffs' Motion to Compel Responses to Plaintiffs' Second Request for

Production to Defendant Armor (ECF No. 53) is **GRANTED IN PART AND DENIED IN PART** as follows:

 a. Plaintiffs' motion to compel Defendant Armor's response to Request Numbers 3b and 3c is **GRANTED**. Defendant Armor shall produce responsive documents by **noon on July 7, 2015.**

 b. Plaintiffs' motion to compel Defendant Armor's response to Request Number 4 is **GRANTED** with the temporal scope limited to 2012. Defendant Armor shall produce responsive documents by **July 20, 2015.**

 c. Plaintiffs' motion to compel Defendant Armor's response to Request Number 6 is **GRANTED IN PART AND DENIED IN PART**. Defendant Armor shall produce all financial records that reflect the expenditure of funds related to inmate medical care under the 2009 contract between Armor and BSO from January 1, 2011 to December 31, 2013. Defendant Armor shall produce these documents by **July 20, 2015.**

 d. Plaintiffs' motion to compel Defendant Armor's response to Request Number 7 is **GRANTED** with the temporal scope limited to January 1, 2011 through December 31, 2013. Defendant Armor shall produce responsive documents by **July 20, 2015.**

(2) Defendant Armor's Motion for Protective Order (ECF No. 55) with respect to Plaintiffs' public records request is **DENIED**.

(3) Defendant Armor's Motion for Protective Order (ECF No. 68) with respect to Defendant Armor's corporative representative deposition is **DENIED**. Plaintiffs' counsel may inquire as to the factual bases for Defendant Armor's affirmative defenses. Plaintiffs' counsel,

however, should avoid asking questions that reveal attorney-client privileged communications or Defendant Armor's counsel's work product.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, on July 7, 2015.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Beth Bloom
All Counsel of Record